Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
## for the
Southern District of New York
_____ Division

RECEIVED
SDNY PRO SE OFFICE
2019 AUG 16 PM 4:32

Dr. June E. Kallos
David E. Tash

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Benjamin J. Kallos

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 19 CV 7724
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Dr. June E. Kallos and David E. Tash
Address: 420 East 72nd Street apt 5K
City: NYC  State: NY  Zip Code: 10021
County:
Telephone Number: 212 288 0526
E-Mail Address: Drjkallos@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Benjamin J. Kallos
Job or Title (if known): NY City Coucil Member
Address: 244 E. 93rd St.
City: NY  State: NY  Zip Code: 10128
County:
Telephone Number:
E-Mail Address (if known):

[ ] Individual capacity   [ ] Official capacity

Defendant No. 2
Name:
Job or Title (if known):
Address:
City:  State:  Zip Code:
County:
Telephone Number:
E-Mail Address (if known):

[ ] Individual capacity   [ ] Official capacity

Defendant No. 3
    Name
    Job or Title *(if known)*
    Address

        City         State         Zip Code

    County
    Telephone Number
    E-Mail Address *(if known)*

☐ Individual capacity     ☐ Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Address

        City         State         Zip Code

    County
    Telephone Number
    E-Mail Address *(if known)*

☐ Individual capacity     ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? David E. Tash was arrested bassed on a false report to the police and the district attorney's office when the police and DA's office knew or should have known that no laws were broken and no crime occured.

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
NYC in front of City Coucil Office located at 244 East 93rd Street NY,NY 10128

B. What date and approximate time did the events giving rise to your claim(s) occur?
Mid morning on September 1,2017

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

David E. Tash was invited to monthly meeting at City Council Office on or about 8/30/17. Mr. Tash attended the meeting to inform City Coucilman, Ben Kallos, the son of Dr. June Kallos that his mother was affraid of here pending surgery later that morning and wanted her son to be there in the recovery room. There is a video tape of the interaction between Ben Kallos and David Tash that illustrates that no law had been broken. The police relied on a false complaint by Ben Kallos where he lied to the police stating he had instructed Mr. Tash to stay away from all meetings conducted by him. All other allegation contained in Ben's affirmation in suport were false statements sworn under penalty of purgery.
David E. Tash was arrested and taken to NY Weil Cornell NY Pesbiterian Hospital.

Ben Kallos has a long history of filling unfounded charges to NY Adult Protective Services begining on or abought 2011-2019 APS  stated Ben's allegations all "unfounded" and his falsehoods are his attempt to use APS as a "tool for retaliation"

## IV.  Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

David E. Tash was treated for chest pains and was hosptilzed for the next six days will being hand cuffed wrist and ankles to a hospital bed. The total charges for treatment was $77,989.73 for servis from 09/01/17 -09/06/19.

The defamation of character and harassment from APS  resulted from at least nine cases where the agency concluded Ben was attemting to use the aggency to abuse his mother with a "continuation of falsehhod(s)".

Ben's recent improper and unlawful actions is his attempt to convert his mothers owership of her Coop Apartment acting contrary to June's well-stated wishes and interest. It is clear that Benjamin is wrongfully acting under his purported Power of Attorney,and is not acting in June's best interest by attempting to transfer June's appartment to himself or a trust for his own benefit. June's beleif is that she revoked his 2007 Power of Attorney in 2016 when she appointed  others as her agents and these fiduciaries have all confirmed June's wish for her cooperative apartment NOT be transfered to enjamin Kallos. The legal fees to defend against  Benjamin's misconduct are significant and he must be ordered to cease and disist.

Will be attached

## V.  Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

In the inteest of justice Benjamin should be ordered including but not lmited  to pay all legal fees,medical charges and punitive damages.

Will be attached

VI.   **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.   **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Aug 2019

Signature of Plaintiff
Printed Name of Plaintiff   Dr. June E. Kallos        David E. Tash

B.   **For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

City        State        Zip Code

Telephone Number
E-mail Address

My Dear Son

RECEIVED
SDNY PRO SE OFFICE
2019 AUG 16  PM 4: 37

You know by far you are my favorite child and I will always love you unconditionally. I find your behavior in the past several years in regards to Elliott and me is abhorrent. Your most recent improper and unlawful attempt to transfer ownership in my coop is :

    1) the motivating force for our need to file this Federal Case to protect ourselves from future misconduct and unlawful actions on your part

    2) running me up many billable hours in legal fees and more importantly is harming me as I am fighting to stay alive.

    3) despicable attempt to steal my home out from under me while I am on total life support with (eight IV medications to keep my heart beating and a machine that is doing all the breathing ) is no coincidence. Your attack upon me gives new meaning to "Kick em when their down".I am at most vulnerable and unable to defend myself. Your timing and actions are of a son who would rather see their mother die than recover. What I need to hear from you is :

> Mommy please don't die without meeting your granddaughter I will stop using your granddaughter as a weapon and I promise I will let you meet her,
> I AM SORRY
> PLEASE FORGIVE ME
> I LOVE YOU
> THANK YOU
> I am sorry I called the police and had Elliott arrested. This was a big mistake and I apologize and want to repay you for the legal fees to defend against these bogus charges. I take full responsibility for my actions. Also I want to reimburse the additional legal fees to defend my attempt to transfer your stock to me. This was improper and unlawful and I must take full responsibility. I will be a mensch and become the loving son you deserve.

While I prefer not to file the attached in Federal Court, I will do so in three business days if I do not hear from you with a written release and promise to cease and desist any attempts to steal my home,stop harassing Elliott and me with untrue reports to Adult Protective Services, the Police and the District Attorney's Office. Please include a check for $15,000.00 payable to Ron Fatoullah. The medical, legal and punitive damages that have arisen from your Criminal Complaints that left me without my caregiver and had Elliott in custody for more than a week is something we can work out without judicial intervention. To settle this without Federal Court intervention I would like to meet with you face to face and heal this fractured relationship.

Remember, I love you very much......I just don't like your behaviours

    M                                                       NYC,   August 16,2019