Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

### Southern District of New York

_____ Division

Dr.  June Ellen KALLOS
David Elliott Tash

Case No. 19 CV 7724

(to be filled in by the Clerk's Office)

**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

Jury Trial:  *(check one)*  ☑Yes  ☐No

-v-

Benjamin Jules Kallos

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/20/19

RECEIVED
SDNY PRO SE OFFICE
2019 AUG 20  PM 3: 13

**Defendant(s)**
*(Write the full name of each defendant who is being sued.  If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.  Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I.  The Parties to This Complaint

### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Dr.June E Kallos  David Elliott Tash |
| Address | 420 East 72nd Street    5K |

| NYC | NY | 10021 |
|---|---|---|
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | |
| Telephone Number | 212 288 0526 |
| E-Mail Address | drjkallos@gmail.com |

### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Benjamin J. Kallos |
| Job or Title *(if known)* | New York City Counsilman |
| Address | 244 East 93rd Street |

| NYC | NY | 10128 |
|---|---|---|
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | |
| Telephone Number | 212 860 1950 |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Address | |

| | | |
|---|---|---|
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☐ Official capacity

Defendant No. 3
    Name               _____
    Job or Title *(if known)*   _____
    Address            _____
                         _____ _____ _____
                         *City*           *State*     *Zip Code*
    County           _____
    Telephone Number    _____
    E-Mail Address *(if known)* _____

☐ Individual capacity     ☐ Official capacity

Defendant No. 4
    Name               _____
    Job or Title *(if known)*   _____
    Address            _____
                         _____ _____ _____
                         *City*           *State*     *Zip Code*
    County           _____
    Telephone Number    _____
    E-Mail Address *(if known)* _____

☐ Individual capacity     ☑ Official capacity

**II.**     **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971),* you may sue federal officials for the violation of certain constitutional rights.

    A.     Are you bringing suit against *(check all that apply)*:

         ☐ Federal officials (a *Bivens* claim)

         ☑ State or local officials (a § 1983 claim)

    B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? Being arrested when no laws were broken and held in custody for eight days and being forced to appear in NY

Federal Court should have Jurisdiction and oversight because the Defendant is a NY governmental official.

Criminal Court nearly a dozen times is a significant violation of defendants rights and privileges. When Ben Kallos NY City Councilman signed the Supporting Deposition CPL sec 100.20 Docket No 2017NY046095 of the

    C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

Ben Kallos violated section 210.45 of the penal law  in an effort to destroy reputation with improper means, malicious intent to intentionally interfering with his only goal was to hurt. This intentional act was to cause harm and mental distress. The malice on part of the wrongdoer, Ben Kallos,  did cause emotional and financial damages with legal fees and medical bills amounting to more than $100,000.00  for his mother, Dr. June Kallos  and her caregiver, David Tash.

## III.   Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?

The arrest occurred in front of the NY City Counselman's office located at 293 East 93rd Street NYC. The harassment by Ben's unfounded complaints to the Adult Protective services occurred in the home of Dr. June Kallos and David Tash located at 420 E. 72nd Street 5K NYC,NY

B.  What date and approximate time did the events giving rise to your claim(s) occur?

Date of arrest September 1,2017.. ( all charges were dismissed and the case sealed on Jan 2018) ..............Unfounded allegations to Adult Protective Services : 5/19/2011, 6/30/11, 12/18/2014, 3/15/16, 9/7/17, 12/13/2017, 1/17,18 . All the cases were closed with the conclusion  by APS of all allegations by June's son, Ben were unfounded  and Ben is attempting to use the agency as "a tool for retaliation and is psychologically abusing and harassing his mother."

C.  What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

The underlying facts are an arrest and prosecution occurred based on untruths in a false police report and the Complaining Witness (CW) misleading the DA'S office. A video recording of the interaction between the C W and Mr. Tash captured the entire interaction of City Councilmen Ben Kallos and Mr. Tash. It is clear that NO CRIME HAD BEEN COMMITED AND NO LAWS BROKEN. The police and DA knew or should have known the arrest and prosecution occurred ONLY because the complaining  witness is an elected official and with improper means misusing the power of his office acting especially with  malice to intentionally cause harm.  As evidenced in the Memorandum from the Director of NYC Human Resource Administration, Adult Protective Services to Administration dated January 23,2018 alleging untruths is nothing new to Ben, hereafter referred as the tortfeasor.The more than dozen reports in the above mentioned memo well documents this tortfeasor's only goal was to hurt and destroy reputations with the malicious intent did intentional interfere with his mother and her caregiver created extreme mental distress. Ben's interest in obtaining his mothers cooperative apartment is an underlining theme in the memo and by fraud and duress and other tortious means is aggressively attempting to prevent his mother from NOT  giving it to him.

## IV.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

The mental distress of the wrongful arrest the malicious prosecution and an Order of Protection not only deprived both Plaintiffs of a significant liberty interests also resulted in monetary damages of more than $100,000. for medical bills and legal fees. Mr. Tash was taken to the hospital at time of the arrest and was shackled and cuffed to a bed for six days without a bedside arraignment discharge still in custody with a bill for $77,989.00 annexed hereto and made part hereof as exhibit X. The invoice for legal fees totaling more than $23,000. The mental anguish caused by the tortfeasor with the  parade of APS social workers over the past ten years showing up unannounced was not only n intrusive invasion of our privacy and peaceful enjoyment of our home was extremely embarrassing re staff and neighbors who became aware of yet another investigation. I is difficult to assign a monetary amount to the fifty times Adult Protective Service came into our home. A direct result to Ben's allegation re Mr. Tash's  wrongdoing and abuse delayed Mr. Tash being June's home health attendant for nearly a year causing approximately $40,000. in lost wages.

## V.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

The Federal Court is our last chance to address the violations of our civil rights. June has filled a complaint with the Standers and Ettrick's Committee of the NY City Counsel and was ignored. The State Courts inform us it is too late to file a claim. Having exhausted all other remedies we rely on this court. State court did not seen to be an option because of Ben's position in City government. In his job as Counselman he had jurisdiction over The Legal Aid Society and made it necessary to hire a private counsel well beyond our budget. We hope these legal fees to be paid by my son, Ben Kallos..

An explanation for these claims are clearly stated in above sections. The out of pocket and lost wages from Ben's Tortious Interference is well over a $150,000.00.  Punitive damages in mental stress has caused significant deferrization of June's health. It hard to place a dollar amount on having your life shortened due to this kind of menial anguish. If it required to state an amount let 's just say a million/ or two.....its not the money we seek its healing the rift between a mother and son.

. What we would like the court to do for us is injunctive relief to direct Ben not to make untrue reports and order him to cease and desist his bad faith conduct attempting to convert June's ownership to himself. June has made it clear that she does not want him to have her last remaining asset.

 We would like the court to strongly recommend June and Ben go into counseling to normalize their fractured relationship. In this hospitalization beginning on June 18th 2019,

**VI.**     **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.**     **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          August 19,2019

Signature of Plaintiff

Printed Name of Plaintiff     Dr. June Ellen Kallos          David Elliott Tash

**B.**     **For Attorneys**

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address

TABLE OF CONTENTS:

The exhibits herein are evidence of:

Exhibit  1  Ben's improper and unlawful attempt to transfer June's coop to himself`

 Exhibit 2  False reports to Adult Protective Service

Exhibit  3  Criminal Case initiated in bad faith by Ben Kallos

Exhibit  4  The Family Court Ben and his wife slander ith untrue reports to cause harm.

Exhibit  5 Ben's attempt to gain guardianship of his mother, Dr. June Kallos

Exhibit  6  June's letter to Ben to resolve the rift

Exhibit  7 Media coverage, inaccurate, and slanderous false  reports

Exhibit  8 Perseveration and cathartic writings evidence of mental anguish sleep loss

Exhibit  9 June's Complaint to the Standards and Ethics Committee of the NYC Council

Exhibit  10 Medical invoices  and legal fees.....



July 31, 2019

**<u>Via E-mail and Certified Mail</u>**
First Service Residential
622 3rd Avenue, 15th FL
New York, NY 10017
**Attn: Heather Johnson, Property Manager**
**Attn: Justin B. Frank, Assistant Property Manager**

First Service Residential
420 East 72nd Street
New York, NY 10021
**Attn: Heather Johnson, Property Manager**
E-mail: Heather.johnson@fsresidential.com
**Attn: Justin B. Frank, Assistant Property Manager**
E-mail: Justin.Frank@fsresidential.com

Re:     **420 East 72nd Street, Apartment 5K, New York, New York 10021**

Dear Ms. Johnson and Mr. Frank:

Our office has attempted to contact you multiple times with regards to the cooperative apartment belonging to June Kallos, located at 420 East 72nd Street, Apartment 5K, New York, NY 10021, of which you are the property manager and assistant property manager, respectively.  Our office represents June Kallos, the owner of said apartment.

We have been informed that June's son, Benjamin Kallos, has been in contact with your offices and the Cooperative Board and has been attempting to transfer June's apartment to himself, or to a trust for his own benefit.  Please be advised that this is contrary to June's well documented and current wishes, as June has made it known that she does not want her apartment to be transferred, and certainly not to Benjamin.

It is clear that Benjamin is wrongfully acting under his purported Power of Attorney, dated June 12, 2007; and is not acting in June's best interest as required under the Power of Attorney and under New York State General Obligations Law.  We have also been in contact with the agents under June's Power of Attorney and Last Will and Testament, dated November 4, 2016, and the Trustee of the Dr. June E. Kallos Irrevocable Trust, dated June 19, 2007, which was intentionally not funded by June, and these fiduciaries have all confirmed June's wish for her cooperative

60 Cutter Mill Road, Suite 507, Great Neck, NY 11021
Tel: 516-466-4422  Fax: 516-466-2219

www.fatoullahlaw.com
*Additional locations in Manhattan, Queens, Brooklyn, Cedarhurst*

apartment <u>not</u> to be transferred to this June 19, 2007 Trust or to Benjamin Kallos. Moreover, they all confirmed that Benjamin Kallos is acting contrary to June's well-stated wishes and interest.

Additionally, our office has been informed that June's stock certificates have been lost or stolen, and perhaps that Benjamin may currently be wrongfully in possession of same. Nevertheless, please void the prior stock certificates and re-issue new stock certificates in the name of June Kallos and forward the originals thereof, along with the Proprietary Lease or Occupancy Agreement, to this office.

We have also been informed that the aforementioned June 12, 2007, Power of Attorney may have been revoked by June Kallos in November 2016, and that actual notice of same, by a copy of a Memorandum of Revocation, has previously been sent to the Cooperative Board. Based on the foregoing, absent new proof, by June Kallos, of June's current wish to change her prior testamentary scheme or the execution by June of a new Power of Attorney to Benjamin Kallos (whereunder he would still be obligated to act solely in June's interest and not his own), **<u>you are hereby on notice that any transfer of June's cooperative apartment by Benjamin Kallos, individually or as agent, is not only improper, but unlawful, and will be met with judicial intervention and subject all participants to liability and financial damages for same.</u>**

Although we have reason to believe that the Cooperative Board is already aware of the foregoing, kindly inform the Cooperative Board accordingly and feel free to have their representative contact our office, or kindly provide our office with their contact information.

Thank you for your prompt attention to this matter.

Sincerely,

Ronald Fatoullah & Associates

By: _____
    Adam D. Solomon

cc:  Dr. June E. Kallos
     Larry Offsey, CPA, Trustee





**Ronald Fatoullah &Associates**

*Where Legal Advice is an Art*

August 8, 2019

**Via Regular Mail and Email (drjkallos@gmail.com)**
Dr. June E. Kallos
420 East 72nd Street-Apt. 5K
New York, NY 10021

    Re:  Letter of Engagement

Dear Dr. Kallos:

As per the conversation of today between you and this firm, this retainer agreement shall supersede all prior retainer agreements entered into between you and this firm, specifically including the retainer agreement signed this morning August 8, 2019, which erroneously including a quote for 'transfer of real estate - $750 plus filing fees,' as a cooperative apartment does not fall into this category. Therefore, the new retainer agreement between you and our firm is as follows:

A retainer in the amount of $6,250.00 is required for the following:  A flat fee of $4,750.00 for the preparation of an Irrevocable Trust; and a retainer in the amount of $1,500.00 is required to commence work on a co-op transfer.  The fee for the co-op transfer is a minimum retainer, which means that our fee will not be lower than $1,500.00, and is payable in consideration of committing our staff, the value of our services, the reservation of our time and staff, the nature of your case and the issues involved, as well as other factors.

The payment received earlier today of $5,677.00 is acknowledged by our firm and as we discussed will be credited to the above new retainer and work to be performed thereunder, with $4,750.00 to be applied to the preparation of the Irrevocable Trust and the remainder credited towards the minimum retainer of $1,500 for the Co-Op Transfer. Upon receipt of the new signed retainer (signed by June or one of her agents designating their capacity as such) we will begin preparing the Irrevocable Trust; however, we will require payment in full prior to beginning the process of transferring the Cooperative Apartment.

Services for the co-op transfer will be billed to you against the $1,500.00 retainer, on an hourly basis for time-based services, such as phone calls, correspondence, e-mails, and the like, computed in units of .2 of one hour.  The retainer does not include additional out of pocket expenses, usually referred to as "costs and disbursements," including but not limited to travel, filing fees, photocopies, long distance telephone calls, postage, messengers, parking and the like. Such costs and

## Revocation of Power of Attorney

I, June Kallos a/k/a June Ellen Kallos, residing at 420 East 72nd Street, Apt 5K, New York, New

York 10021, hereby revoke the Power of Attorney executed by me on June 12, 2007, in which I

designated Ben Kallos a/k/a Benjamin Jules Kallos as my attorney-in-fact.   This Power of

Attorney is hereby null and void.

_____          _____8/2/19_____
June Kallos                                                                Date


STATE OF NEW YORK
COUNTY OF NEW YORK

On the 2nd day of ~~July~~ August in the year 2019 before me, the undersigned personally appeared
**June Kallos**, personally known to me or proved to me on the basis of satisfactory evidence to be
the individual whose name is subscribed to the within instrument and acknowledged to me that
she executed the same in her capacity, and that by her signature on the instrument, the individual,
or the person upon behalf of which the individual acted, executed the instrument.

_____
NOTARY PUBLIC


ELIZABETH GROSSMAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 02GR5001739
Qualified in Kings County
My Commission Expires September 14, 2022

Benjamin Kallos  Power of Attorney was revoked November 10th 2016 and notification was sent to him  at that time. When on or about December 2017 his  told your mother : "I AM DONE WITH YOU" Stating that to your mother is equivalent to resigning  to act as her Agent.
Having  not communicated with his  mother  for  many years prior to him telling her that he was done with her how can you know what her wishes or act in her best interest?

you have not spoken or communicated with her including but not limited to:
1)  Acknowledge her past five (or more) Birthdays
2)  Mothers Day
3)  Visiting  her  or  even  calling  her  in  the  hospital  last  December  when  she  stopped breathing and nearly lost her heart beat
4)  You  have  not  introduced  her  to  her  Granddaughter  born  February  2018  (using  your daughter as a weapon to hurt your mother)
5)  Disinviting her to your wedding
6)  Instructed her to STAY AWAY from your monthly constituents "First Friday" meetings.
7)  You  have  lodged  approximately  a  dozen    unfounded  reports  to  Adult  Protective Services(APS) ,Hospital Social workers, New York State Department of Health, Police Department,  and  the  District  Attorney's  Office.    APS  concluded  all  allegations  were unfounded and said "June's son is attempting to use the agency for retaliation and he is psychologically  abusing  his  mother."  Ben's  perjury  to  the  police  and  DA  resulted  in dismissal of charges and lucky for him he has not faced criminal charges as of this date. He  has  not  lost  his  seat  on  th  NY  City  Council  or  been  disbarred  for  his  malfeasance, abuse of power and unethical behaviour that would be in the interest of justice.

It is clear that Ben has broken his mother's heart many times over and has not been acting in her best interest in at least  the past  seven years. It is clearly stated in June's will what her instructions are. Ben is acting in bad faith with unclean hands contrary to her will.

Contained in "IMPORTANT INFORMATION FOR THE AGENT" :
1)  Act according to any instructions from the principal (the last will and testament).......in the principal's best interest;
2)  Avoid conflicts that would impair your ability to act in the principal's best interest
3)  Keep  the  principal's  property  separate  and  distinct  from  any  assets  you  own  or control,....;
YOU  MAY  NOT  USE  THE  PRINCIPAL'S  ASSETS  TO  BENEFIT  YOURSELF  OR  ANYONE ELSE..........................

It is despicable and a clear violation of the authority given as defined in New York's General Obligations Law, Article 5, Title 15. Ben must cease and desist from violating the law or acting outside of the authority granted to him in the Power of Attorney and especially since it has been revoked and in effect  resigning when he expressed to  his mother " I AM DONE WITH YOU"

2

W-2-424A



**Human Resources
Administration**
Department of
Social Services

Steven Banks
Commissioner

Grace Bonilla
HRA Administrator

Annette Holm
Deputy Chief Special
Services

Deborah Holt-Knight
Deputy Commissioner

Adult Protective Services
Manhattan South
212 279-5794

# Memorandum

**Date:**   January 23, 2018

**From:**   Carmen Hernandez, Director

**To:**      Administration

Ref: June Kallos
_____

This case was first referred to APS in 5/19/2011 ▓▓▓▓▓▓▓▓▓ due to
allegations of neglect and financial abuse by client's boyfriend and family. It was
also reported that client was at risk of eviction from her coop apartment. There
was also a concern regarding who she will leave the apartment when she dies.
Referral was not accepted for assessment because the client was not mentally
impaired.

On 6/30/11, case was re-referred ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ for the
aforementioned allegations. The client was assessed and she denied allegations
and was found to have decision making capacity. Case was closed on 8/11/2011
since the allegations were unfounded.

On 2/3/12, client's longtime partner David Elliot Tash re-referred the case
reporting allegations of financial exploitation, mental and emotional abuse by the
son Benjamin Kallos. Client was at risk of homelessness because she could not
afford the maintenance in the apartment and needed homecare services which
were scheduled to end as service was short term.  It was also reported that son
was interfering with homecare services by calling the agency and providing a bad
report against client's boyfriend. At the time the son was client POA and the
client wanted legal assistance to revoke the POA and instead have David Tash
take that responsibility. Client case was accepted for Medicaid recertification and
Homecare services. Allegations of abuse were unfounded. Subsequently, case
was closed in 4/20/12 because the client was no longer at risk.

On 12/18/14, Case was referred client's son for allegations of neglect, abuse and
financial exploitation the homecare worker and friend ▓▓▓▓▓▓▓▓▓▓.
Assessment was completed and client denied the allegations.

On 2/11/15, I spoke to client's son Benjamin Kallos and explained to him the
results of our assessments and discussions with the client's Doctors. He claims
that Mr. Tash is defrauding the Medicaid for services that he is not providing to

| REFERRED: | KALLOS, JUNE |
|---|---|
| REFERRAL #: | 110956 |
| REFERRED #: | 17474 |

| ABLE TO RESPONSIBLY ADDRESS THE IDENTIFIED RISKS OF THE REFERRED PERSON? | **YES** |
|---|---|

## HOUSEHOLD MEMBERS

Household Members information as of 12/20/2017

| HHM Name | Type |
|---|---|
| TASH, ELLIOT | HOUSEHOLD MEMBER |

## ADDITIONAL COMMENTS

NOTES

RP IS 75 Y/O WHITE, FRAGILE FEMALE WHO LIVES WITH HER PARTNER, MR. ELLIOT TASH WHO IS ALSO HER PAID AIDE THROUGH CDPAP. RP PREFERS TO BE CALLED DR. KALLOS. SHE WAS COGNITIVE BEHAVIOR PSYCHOLOGIST. RP HAS MENTAL CAPACITY. RP IS PHYSICALLY IMPAIRED AND NEEDS CONSTANT ASSISTANCE WITH ALL OF HER ADL ACTIVITIES. SHE FULLY DEPENDS ON HER CAREGIVER, MR. TASH AND 2 WEEKEND HELPERS MARGO AND SASHA 212 666 2490. RP SEEMS TO BE HAPPY, COMFORTABLE AND AT EASE WITH MR. TASH. MR. TASH IS HER PARTNER, FRIEND, COMPANION. MR. TASH ATTENDS RP'S NEEDS, HE BATHES HER, GROOMS HER, DRESSES HER, HE COOKS, CLEANS, DOES THE LAUNDRY, AND SHOPPING. HE TAKES RP TO THE DOCTORS APPOINTMENTS AND OUT FOR WALKS IN THE WHEELCHAIR . HE TAKES HER ON MOST OF THE WEEKENDS TO HIS HOUSE ON LONG ISLAND IN SPEONK (89 NORTH PHILIPS AVE, SPEONK, NY 11972). MR. TASH PAYS LARGER PORTION OF RP'S RENT AND PARTICIPATES WITH HOUSEHOLD EXPENSES. WHEN CW ARRIVE FOR THE ASSESSMENT, MR. TASH WOKE RP FROM HER LATE AFTERNOON NAP. SHE SAID:" WHAT IS MY SON CAME UP WITH THIS TIME? I HOPE HE WILL COME TO HIS SENSES".

█████████████████████████████████████████████████████ SUGGESTS THATRP IS IN MANY RISKS CAUSED BY MR. TASH, WHICH RP HERSELF DENIES AND APS CW DIDN'T OBSERVED THEM AT THE ASSESSMENT TIME. MR. TASH IS THE ONE WILLING AND ABLE TO ASSIST RP WITH WHATEVER SHE NEEDS. RP SAID THAT HER SON VISITED HER IN HER APARTMENT 5 YEARS AGO. HE CAME TO VISIT RP IN THE HOSPITAL LAST SEPTEMBER 2017 AFTER MR. TASH TOLD HIM PERSONALLY THAT HIS MOTHER IS IN THE HOSPITAL IN CRITICAL CONDITION AND SHE WANTS TO SEE HER ONLY SON. RP DOESN'T REMEMBER SEEING BENJAMIN VISITING HER BUT HER FRIENDS WHO WERE WITH HER AT THAT TIME SAID THAT HE STOPPED BY WHILE RP WAS STILL GROGGY AFTER ANESTHESIA. RP SAID THAT HER SON DOESN'T HELP HER AND DOESN'T VISIT HER. SHE SAID THAT WHEN HER SON, BENJAMIN KALLOS STAYED IN HER APARTMENT FOR 1 1/2 YEARS IN 2008/2009, BEFORE HE RUN FOR CITY COUNCIL, HE DIDN'T HELP HER WITH HER RENT OR ANY HOUSEHOLD EXPENSES. RP SAID THAT BEFORE HE MOVED OUT, HE TOOK AWAY MOST OF THE IMPORTANT DOCUMENTS WHICH BELONG TO RP LIKE:

**NYC**

**Human Resources
Administration**
Department of
Social Services

W-2-424A
Rev. 03/17

**Adult Protective Services**

Steven Banks
Commissioner

Grace Bonilla
HRA Administrator

Daniel W. Tietz
Chief Special
Services Officer

Deborah Holt-Knight
Deputy Commissioner

109 East 16th Street
New York, NY 10003

929 252 6100

Client Name: June Kallos

Address: 420 Eat 72 Street 5K New York, NY 10021

Telephone Number:   917-815-7065

DOB: 6/7/1944

Date of Referral: 1/24/18

**Psychosocial Assessment**

## I. Identifying Data

June Kallos is a seventy three year old Caucasian female born on June 7th 1944. Ms. Kallos was previously married twice, both times to surgeons. Ms. Kallos is now divorced. Ms. Kallos has one child, Benjamin Kallos. Ms. Kallos has resided at her current residence since 1979 and inherited the apartment. The apartment has been in her family for generations as her grandparents resided in the apartment prior to her and her parents.

During todays scheduled home visit, I introduced myself again as we had met in the past during another home visit. I informed Ms. Kallos I would be asking her a series of questions and any questions that she does not feel comfortable with answering is perfectly fine and to inform me of this. Ms. Kallos was dressed appropriately wearing a blouse and pants. Ms. Kallos was observed using her motorized wheel chair and the visit was conducted in the living room area of the apartment. The apartment appeared well kept, no indications of heavy duty cleaning services needed. The apartment was well furnished and client's bathroom contained items needed for her to bath adequately. When asked to see the bedroom, I observed there are two beds and a partition separating the beds. Mr. Tash informed me this is based on a visit from Senior Bridges Home Care agency who suggested this is needed as Mr. Tash is clients Consumer Directed Personal Assistant.

Client currently receives Social Security benefits. When asked about the amount in benefits received, she informed APS it was just about half of the amount of her monthly rent. Ms. Kallos monthly rent is $2087. Ms. Kallos acknowledged that she currently has some difficulties with finances as her rent and medications cost more than her monthly income. Ms. Kallos maintains that Mr. Tash assists her with finances and bills within the home and that she currently has no rental arrears. Ms. Kallos is a behavioral psychologist but due

to the onset of Parkinson's, has been unable to continue providing therapeutic services to her clients, which has affected her income.

## II. <u>Brief Social History</u>

Ms. Kallos was born and raised in New York and resided with both parents growing up. Ms. Kallos divorced her husband when her son was four years old and has since then "raised him on her own". Ms. Kallos maintains she was a good mother to her son and paid for his private education. Ms. Kallos maintains she loves her son but has been having some issues with him as he does not approve of her relationship with Mr. Tash, as per client.

Ms. Kallos maintains she has no legal issues pending but does acknowledge she will appear in an upcoming court hearing on behalf of Mr. Tash who has a legal proceeding with her son. Ms. Kallos informed Adult Protective Services during the visit that she has requested all Adult Protective Services records.

## III. <u>Education and Work History</u>

Ms. Kallos has her doctorates degree in Psychology and her dissertation was on "the effect of vast orientation verses reward on individual development". Ms. Kallos maintains that while she is not able to have clients in an office space due to her medical condition and need for care; she does practice therapeutic services with her friends via phone.

## IV. <u>Psychiatric, Medical and Substance History</u>

Ms. Kallos maintains she has no issues with substance use or a psychiatric history. Ms. Kallos has Parkinson's disease and Dyskinesia regarding involuntary movement for the past twenty five years. Ms. Kallos had a Suprapubic Catheter but since follow up with medical provider, Weil Cornell Medicine, now has a Nephrostomy tube due to constant yeast infections in the past. Ms. Kallos is on the following medications: Levodopa Rytary 3 tablets daily, Janumet 500 mg, Sinemet, ASA 81 mg and eye drops. Ms. Kallos maintains she was never hospitalized for seizures but has been hospitalized on several occasions for Urinary Tract Infections.

Ms. Kallos receives all medical care from Weil Cornell Medical Center. Her Gerontologist is Dr. Ouchida (212-726-7000) and her Neurologist is Dr. Clair Hendworth (212-746-2584). Dr. Hendworth is the coordinator for her medical

care and works closely with the physician's assistant Natalie and her psychopharmacologist Gary.

Ms. Kallos is currently working on ambulating through rehabilitation services with a specific walker. Ms. Kallos maintains she is able to walk for short periods of time and tries to do so daily.

Ms. Kallos maintains she has no history of homicidal or suicidal thoughts and is not currently suicidal or homicidal.

Mr. Tash is the Consumer Directed Personal Assistant (CDPAP) for Ms. Kallos through Chinese American Planning home care agency and Senior Bridges home care agency. Mr. Tash administers clients medications including flushing the kidneys with saline. Mr. Tash assists with activities of daily living including dressing, personal hygiene, cooking, traveling and managing finances.

### V.  Current Situation

When asked if she feels as though her son has been verbally abusive towards her, Ms. Kallos stated "Yes I have felt hurt a few times by his comments". When asked about the last time in which this has occurred, Ms. Kallos stated "2016" as this is the last time in which she has "saw him or spoken to him on the phone". Ms. Kallos stated that September 2017 while hospitalized and undergoing surgery, she was informed by her close friends and Mr. Tash that her son was seeking guardianship and advocating for Ms. Kallos to be discharged to a nursing facility. Ms. Kallos stated she found this to be hurtful and was able to advocate for herself at the hospital to be discharged home. Ms. Kallos expressed she feels that her son wants her apartment and as a result has been advocating she should be placed in a nursing facility.

Ms. Kallos stated she has reported her son to the "city council ethics board for harassment, wasting city resources with false allegations, and using unauthorized photos of me during his campaign". Ms. Kallos maintains she has tried to speak with the District Attorney's office but feels they have ignored her claims due to her son's occupation. Ms. Kallos expressed her son has made reports to Senior Bridges home care agency that she is being sexually abused by Mr. Tash and denies these allegations.

When asked how she met Mr. Tash, she informed APS this was through an ad placed on craigslist by her son for furniture in her apartment she was selling. The two developed a friendship and at one point in time, Mr. Tash was a client of Ms. Kallos. After she stopped providing therapeutic services to Mr. Tash, the two explored residing together as he is now her CDPAP. Ms. Kallos maintains her son became distant during this time as he disapproves of the relationship she has with Mr. Tash.

## VI. <u>Summary and Recommendations</u>

Ms. Kallos has expressed wanting to move to Italy, as she has resided there for five years in the past or Israel, because they have "great medical care'. Ms. Kallos expressed she is considering selling her apartment and Mr. Tash is considering selling his home in Long Island. With the money from these sales, they plan to relocate. Ms. Kallos expressed she wants to relocate to "escape from Benjamin". When asked how APS could be of assistance to Ms. Kallos, she was unable to answer. Mr. Tash recommended family therapy for Ms. Kallos and her son. This is a possibility that Ms. Kallos and her son can explore if the two are receptive to this idea.

Otherwise, Ms. Kallos has been complying with all medical appointments and care. Ms. Kallos receives ongoing care from her CDPAP who works Monday-Friday. On the weekends, Chinese American Planning provides an aide named Margo. Ms. Kallos also has a private pay aide named Adrianna, whom has been assisting for the past twenty years. Ms. Kallos maintains she is not in rental arrears and does not need assistance with rent. However, maybe a senior subsidy could help with financial issues in the home. Ms. Kallos income is not enough to solely cover the rent each month leaving her dependent on assistance from Mr. Tash. It is unclear if Ms. Kallos is renting the apartment or owns the apartment thus paying only a maintenance fee. Ms. Kallos referred to her monthly payment of $2087 as "rent".

Ms. Kallos maintains she is not being abused or neglected by Mr. Tash and also maintains that she is not currently in contact with her son. Ms. Kallos maintains she would like to repair the relationship with her son eventually but at this time sees relocation as her best option.

Completed by:
Keisha Ford

**Hernandez, Carmen**

| | |
|---|---|
| **From:** | Gacek, Bozena |
| **Sent:** | Wednesday, December 20, 2017 1:37 PM |
| **To:** | Hernandez, Carmen |
| **Subject:** | Re: Kallos June assessment visit |

KALLOS JUNE ASSESSMENT VISIT 12/18/2017

RP IS 75 Y/O WHITE, FRAGILE FEMALE WHO LIVES WITH HER PARTNER, MR. ELLIOT TASH WHO IS ALSO HER PAID AIDE THROUGH CDPAP. RP PREFERS TO BE CALLED DR. KALLOS. SHE WAS COGNITIVE BEHAVIOR PSYCHOLOGIST. RP HAS MENTAL CAPACITY. RP IS PHYSICALLY IMPAIRED AND NEEDS CONSTANT ASSISTANCE WITH ALL OF HER ADL ACTIVITIES. SHE FULLY DEPENDS ON HER CAREGIVER, MR. TASH AND 2 WEEKEND HELPERS MARGO AND SASHA 212 666 2490. RP SEEMS TO BE HAPPY, COMFORTABLE AND AT EASE WITH MR. TASH. MR. TASH IS HER PARTNER, FRIEND, COMPANION. MR. TASH ATTENDS RP'S NEEDS, HE BATHES HER, GROOMS HER, DRESSES HER, HE COOKS, CLEANS, DOES THE LAUNDRY, AND SHOPPING. HE TAKES RP TO THE DOCTORS APPOINTMENTS AND OUT FOR WALKS IN THE WHEELCHAIR . HE TAKES HER ON MOST OF THE WEEKENDS TO HIS HOUSE ON LONG ISLAND IN SPEONK (89 NORTH PHILIPS AVE, SPEONK, NY 11972). MR. TASH PAYS LARGER PORTION OF RP'S RENT AND PARTICIPATES WITH HOUSEHOLD EXPENSES. WHEN CW ARRIVE FOR THE ASSESSMENT, MR. TASH WOKE RP FROM HER LATE AFTERNOON NAP. SHE SAID:" WHAT IS MY SON CAME UP WITH THIS TIME? I HOPE HE WILL COME TO HIS SENSES". RP'S SON, BENJAMIN KALLOS MADE RP REFERRED TO APS 4 TIMES (TWICE DIRECTLY ON HIS OWN AND THE LAST TWO TIMES THROUGH RP'S HOSPITAL'S SW AND THE NURSE). MR. BENJAMIN KALLOS SUGGESTS THATRP IS IN MANY RISKS CAUSED BY MR. TASH, WHICH RP HERSELF DENIES AND APS CW DIDN'T OBSERVED THEM AT THE ASSESSMENT TIME. MR. TASH IS THE ONE WILLING AND ABLE TO ASSIST RP WITH WHATEVER SHE NEEDS. RP SAID THAT HER SON VISITED HER IN HER APARTMENT 5 YEARS AGO. HE CAME TO VISIT RP IN THE HOSPITAL LAST SEPTEMBER 2017 AFTER MR. TASH TOLD HIM PERSONALLY THAT HIS MOTHER IS IN THE HOSPITAL IN CRITICAL CONDITION AND SHE WANTS TO SEE HER ONLY SON. RP DOESN'T REMEMBER SEEING BENJAMIN VISITING HER BUT HER FRIENDS WHO WERE WITH HER AT THAT TIME SAID THAT HE STOPPED BY WHILE RP WAS STILL GROGGY AFTER ANESTHESIA. RP SAID THAT HER SON DOESN'T HELP HER AND DOESN'T VISIT HER. SHE SAID THAT WHEN HER SON, BENJAMIN KALLOS STAYED IN HER APARTMENT FOR 1 1/2 YEARS IN 2008/2009, BEFORE HE RUN FOR CITY COUNCIL, HE DIDN'T HELP HER WITH HER RENT OR ANY HOUSEHOLD EXPENSES. RP SAID THAT HE WAS BRINGING FOOD FOR HIMSELF AND THERE WAS NO MEALS TOGETHER. RP SAID THAT BEFORE HE MOVED OUT, HE TOOK AWAY MOST OF THE IMPORTANT DOCUMENTS WHICH BELONG TO RP LIKE: WILLS, STOCKS CERTIFICATES, HER TWO DIVORCE DOCUMENTS AND OTHER DOCUMENTS AS WELL). RP SAID THAT HER SON TOOK AWAY RP'S PAINTINGS AGAINST HER WISHES. HE RETURN SOME OF THEM BACK. RP SAID THAT HER HEALTH CARE PROXY IS BONNIE CRABS 212 749 1298. CW CONFERENCED THE CASE WITH HER SUP II. APS WILL CLOSE THE CASE SINCE THERE IS SOMEBODY WILLING AND ABLE TO ASSIST RP RESPONSIBLY.

*Bozena Gacek* | Case Worker
**HRA/ Adult Protective Services**
**Manhattan South**
**400 8th Avenue 7 floor**
**NY, NY 10001**
**T; 212 971 2614**
**F: 212 971 2013**
gacekb@hra.nyc.gov


Human Resources
Administration
Department of
Social Services

CONFIDENTIALITY NOTICE: If you have received this electronic transmission in error, delete it without copying or forwarding it and notify the sender of the error.

**Gacek, Bozena**

| | |
|---|---|
| **From:** | Fletcher, Roger |
| **Sent:** | Friday, April 27, 2018 9:26 AM |
| **To:** | Hernandez, Carmen |
| **Cc:** | Quintana, Stephen; Roberts, Florentine; Gacek, Bozena; Imbert, Bergson |
| **Subject:** | June Kellos |

Good morning to all. In the matter of referring the case of June kellos to an APS office on Long Island. One has to ask the question is this the prudent and legal thing to do. This case has been referred to this APS office numerous times in the past, with a similar outcome. We have not been able to validate any type of abuse in this case. The possibility exist that the agency might be liable if we were to become part and parcel of a continuation of a falsehood . The clients could look at our action of referring this case to another jurisdiction as a defamation of character .

There  appears to be a serious rift between Ms. Kellos and her son ~~who is the referral source~~ ,and APS is being used as a tool for retaliation . This situation can be interpreted as a type of harassment on the part of APS,thus making APS liable for all kinds of legal actions .  If possible can we ask our legal team at OLA to review this action of referring the case out, to see if there might be any liability or culpability on the part of APS ? Can you please speak with Mrs. Knight or Ms. Brown in regards to this e mail ? Thank you.

Gacek, Bozena

| | |
|---|---|
| **From:** | Fletcher, Roger |
| **Sent:** | Friday, April 27, 2018 9:26 AM |
| **To:** | Hernandez, Carmen |
| **Cc:** | Quintana, Stephen; Roberts, Florentine; Gacek, Bozena; Imbert, Bergson |
| **Subject:** | June Kellos |

Good morning to all. In the matter of referring the case of June kellos to an APS office on Long Island. One has to ask the question is this the prudent and legal thing to do. This case has been referred to this APS office numerous times in the past, with a similar outcome. We have not been able to validate any type of abuse in this case. The possibility exist that the agency might be liable if we were to become part and parcel of a continuation of a falsehood . The clients could look at our action of referring this case to another jurisdiction as a defamation of character .

There appears to be a serious rift between Ms. Kellos and her son ~~who is the alleged source~~ ,and APS is being used as a tool for retaliation . This situation can be interpreted as a type of harassment on the part of APS,thus making APS liable for all kinds of legal actions . If possible can we ask our legal team at OLA to review this action of referring the case out, to see if there might be any liability or culpability on the part of APS ? Can you please speak with Mrs. Knight or Ms. Brown in regards to this e mail ? Thank you.

her and Mr. Tash from attending any public meetings.  She also stated that she would never have a conversation on the phone with her son alone, because he lies.  She stated the last time she spoke with him was in December and it was a three way conversation with her brother Doug.

Client states that her son had a child in February and heard about it from outside source. She showed me clothes she bought for her granddaughter, but fears he will not accept them. Stating she will leave the clothes with their doorman.  She got teary eyed stating she will never get to hold her only grandchild and it hurts her heart.

Ms. Kallos states "had it not been for the care and friendship of Mr. Tash she would have ended up in a Nursing home. Ms. Kallos states she gets no form of support from her son and further states her son's attack on Mr. Tash is affecting her emotionally/physically.

It is clear to anyone who is in the presence of Ms. Kallos and Mr. Tash that theirs is a unique relationship, one with unconditional trust.  In my brief time there throughout the interview, Mr. Tash caring for Ms. Kallos was exemplary.  Ms. Kallos Parkinson's causes her to have uncontrollable movements, sitting is somewhat a problem, she slides down and sometimes off her seat and constantly has to pull her up. Mr. Tash would pop in every now and then and settle her back in her seat, gives her something to drink, monitors her on a regular basis.  He would join the conversation stating that Client's son had him arrested falsely and the son resents his relationship with Ms. Kallos.  He also stated that he as 2 daughters and a son who treats her like part of the family.  Mr. Tash states he has a van that accommodates Ms. Kallos's wheelchair, whenever they go out.  He gave me a legal document in response to her son's allegations against Mr. Tash, a complaint letter to the Ethics Committee, a campaigned photo and photocopy of a news article.

Client is a very articulate woman, who throughout her illness, displays a sophisticated type of demeanor. Client is well cared for and is not at risk of neglect or abused.  She is however, in my opinion, is being emotionally abused by her son. Client has no relationship with her son or his wife and feels cut off from that side of her family. What makes matters worst is that Client states she knows her son is the one making referrals to APS and other organizations. Which, she sees as a waste of Government Resources. Visit ended with an open invitation to visit anytime I was in the neighborhood.

Gacek, Bozena

| | |
|---|---|
| **From:** | Fletcher, Roger |
| **Sent:** | Friday, April 27, 2018 9:26 AM |
| **To:** | Hernandez, Carmen |
| **Cc:** | Quintana, Stephen; Roberts, Florentine; Gacek, Bozena; Imbert, Bergson |
| **Subject:** | June Kellos |

Good morning to all. In the matter of referring the  case of June kellos to an APS office on Long Island. One has to ask the question is this the prudent and legal thing to do. This case has been referred to this APS office numerous times in the past, with a similar outcome. We have not been able to validate any type of abuse in this case. The possibility exist that the agency might be liable if we were to become part and parcel of a continuation of a falsehood . The clients could look at our action of referring this case to another jurisdiction as a defamation of character .

There  appears to be a serious rift between Ms. Kellos and her son ~~who is the driver of source~~ ,and APS is being used as a tool for retaliation . This situation can be interpreted as a type of harassment on the part of APS,thus making APS liable for all kinds of legal actions .  If possible can we ask our legal team at OLA to review this action of referring the case out, to see if there might be any liability or culpability on the part of APS ? Can you please speak with Mrs. Knight or Ms. Brown in regards to this e mail ? Thank you.

June Kallos #113937

On 3/25/18, I made a visit as was suggested by Director Hernandez, to Ms./Dr. June Kallos.  Before arriving, I placed a call to the home, (as promised from a visit made the evening before), at which time I was told by Mr. Tash to give them approximately 15 minutes before coming because there is a particular program they watch every Sunday morning on National Geographic's which they were in the process of watching and Client would need time to dress for the visit. He further stated they were planning on going out.

Upon my arrival to the building, the Concierge announced my visit and I was directed to the elevator.  I was met at the door by Mr. Tash who was fully dressed and introduced himself to me. He further stated that Client would be joining us in a few minutes.  Ms. Kallos came out of her bedroom into the living room assisted by a rollator (Client suffers from Parkinson's).  Client was dressed in a blue striped long sleeve blouse and belted blue jeans.  She then eased herself on a motorized chair, where she has trouble sitting up without sliding down and has to constantly pull herself up.

We were seated in a comfortable living room where Mr. Tash stated that Client has an HHA, Margo Robato.  He stated that they gave her the day off given the fact it was Palm Sunday. Client lives in a two bedroom apartment which she owns. I was shown the sleeping arrangement in place for Mr. Tash who shares the room, but on separate beds with a partition, so that he could be close to her just in case she needs him during the night. Client was receptive and alert to the visit and cooperated fully.

Before I could ask Mr. Tash to excuse us for a few minutes, Ms. Kallos told him that I was there to see her and not him, so he should go and have a smoke, to find something else to do in another room, to just excuse himself.  Even though Client has a speech impediment, I was still able to understand client clearly.  Client states that she misses having a relationship with her son, but will not allow him to jeopardize her relationship with Mr. Tash, who has been there for her throughout her entire ordeal (illness). Ms. Kallos states her son is using the Courts and APS to ruin her and Mr. Tash's relationship. She stated that her son wants to place her in the neighborhood Nursing Home so that he could have her apartment, but before that happens, she will sell the apartment and everything that isn't nailed down.

Client states the situation is very stressful. She states that her son has referred her to every organization possible. She states in 2011 he wanted to place her and to get guardianship so he could take control of the apartment and everything in it. Client shared she has been hospitalized several times in the past 5 years and her son was never there for her.  She stated on one occasion she was hospitalized her son came while she was sedated and he never followed up again with a visit/phone call when she was discharged.  Client also stated that the relationship with her son has been strained since he used a photo of them both for his campaign and she asked him not to, but he did anyway and asked her to confirm with the City Council that she is in agreement with using the photo. She stated she would not and did not. This started his all-out battle, using Mr. Tash to get back at her.  She further stated her son banned

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

THE PEOPLE OF THE STATE OF NEW YORK          MISDEMEANOR

-against-

David Tash (M 68),                            ADA Aaron Teitelbaum
                                              (212) 335-9117
                              Defendant.

Police Officer Leon Guo, Shield 4853 of the 19th Precinct, states as follows:

**The defendant is charged with:**

| | | |
|---|---|---|
| 1 | PL 120.14(2) | Menacing in the Second Degree (defendant #1: 1 count) |
| 2 | PL 120.50(3) | Stalking in the Third Degree (defendant #1: 1 count) |
| 3 | PL 120.45(1) | Stalking in the Fourth Degree (defendant #1: 1 count) |
| 4 | PL 120.45(2) | Stalking in the Fourth Degree (defendant #1: 1 count) |
| 5 | PL 120.45(3) | Stalking in the Fourth Degree (defendant #1: 1 count) |
| 6 | PL 240.26(2) | Harassment in the Second Degree (defendant #1: 1 count) |
| 7 | PL 240.26(3) | Harassment in the Second Degree (defendant #1: 1 count) |

At the times and places described below in the County and State of New York, the defendant repeatedly followed another person and engaged in a course of conduct and repeatedly committed acts over a period of time intentionally placing and attempting to place another person in reasonable fear of physical injury; the defendant with intent to harass, annoy and alarm a specific person, intentionally engaged in a course of conduct directed at such person which was likely to cause such person to reasonably fear physical injury and serious physical injury, the commission of a sex offense against, and the kidnapping, unlawful imprisonment and death of such person; the defendant intentionally and for no legitimate purpose, engaged in a course of conduct directed at a specific person and knew

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

THE PEOPLE OF THE STATE OF NEW YORK        MISDEMEANOR

-against-

David Tash (M 68),                          ADA Aaron Teitelbaum
                                            (212) 335-9117
                              Defendant.

consisted of following, telephoning and initiating communication and contact with such person, and the defendant was previously clearly informed to cease that conduct; the defendant intentionally and for no legitimate purpose, engaged in a course of conduct directed at a specific person and knew and reasonably should have known that such conduct was likely to cause such person to reasonably fear that his or her employment, business and career was threatened, where such conduct consisted of appearing, telephoning and initiating communication and contact at such person's place of employment and business, and the defendant was previously clearly informed to cease that conduct; the defendant, with intent to harass, annoy and alarm another, followed a person in and about a public place or places; the defendant, with intent to harass, annoy and alarm another, engaged in a course of conduct which alarmed and seriously annoyed another person and which served no legitimate purpose.

*The factual basis for these charges are as follows:*

I am informed by Ben Kallos, of an address known to the District Attorney's Office, that he observed the defendant, over approximately the last seven years, engage in a course of conduct, in the City, County, and State of New York, as follows:

(1) On one occasion in approximately 2011, the defendant ran toward Mr. Kallos at a high rate of speed, with the apparent intent to collide with Mr. Kallos, causing Mr. Kallos to fear that he was going to be struck by the defendant.

(2) On one occasion in approximately 2011, the defendant stated in substance to Mr. Kallos that he was going to throw Mr. Kallos off a balcony.

(3) On one occasion in approximately 2016, the defendant intentionally drove a car up onto the sidewalk in close proximity to where Mr. Kallos and his spouse were walking.

(4) On numerous occasions since approximately 2013, the defendant appeared at public meetings conducted by Mr. Kallos, and attempted to communicate with Mr. Kallos, despite repeated instructions by Mr. Kallos for the defendant to stay away from these public meetings.

(5) On numerous occasions since approximately 2013, the defendant has stated in substance to Mr. Kallos that he planned to cause a disruption at public meetings conducted by Mr. Kallos in an effort to publicly embarass Mr. Kallos.

(6) On numerous occasions over approximately the past five years, the defendant

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

THE PEOPLE OF THE STATE OF NEW YORK          MISDEMEANOR

-against-

David Tash (M 68),                           ADA Aaron Teitelbaum
                                             (212) 335-9117

                        Defendant.

contacted Mr. Kallos to inform him that Mr. Kallos's mother's health had deteriorated significantly and that she was at risk of death, when in fact Mr. Kallos's mother's health remained unchanged.

(6) On September 1, 2017, the defendant appeared at a public meeting conducted by Mr. Kallos at 244 East 93rd Street, despite having been instructed by Mr. Kallos to stay away from Mr. Kallos and all public meetings conducted by him. Mr. Kallos became fearful for his safety upon seeing the defendant at the meeting. Mr. Kallos concluded the meeting and left the location. The defendant followed Mr. Kallos out of the building. Mr. Kallos began running away from the defendant, and the defendant pursued Mr. Kallos, and shouted, in substance to Mr. Kallos, "your mother is dying."

I am further informed by Mr. Kallos that the defendant did not have permission or authority to engage in any of the above-described conduct.

**False statements made in this written instrument are punishable as a class A misdemeanor pursuant to section 210.45 of the Penal Law, and as other crimes.**

_____          9/1/17    1920
Police Officer Leon Guo             Date      Time

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK: PART A

---

THE PEOPLE OF THE STATE OF NEW YORK

-against-

David Tash,

Defendant.

SUPPORTING DEPOSITION
C.P.L. § 100.20

Docket No. 2017NY046095

---

I, Benjamin Kallos, of an address known to the District Attorney's Office, County of New York, State of New York, being duly sworn, depose and say:

that I have read the Accusatory Instrument filed in the above-entitled action and attached hereto and that the facts therein stated to be on information furnished by me are true upon my personal knowledge.

*False statements made herein are punishable as a class A misdemeanor pursuant to section 210.45 of the penal law.*

_Benjamin J Kallos_ 9/8/17

Signature (Deponent)         Date

N.B. Below please find a brief response to my son, Benjamin's allegations.

THE SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK: PART A

------------------------------------------------------------------------

THE PEOPLE OF THE STATE OF NEW YORK

               --against--

David Tash              Defendant

------------------------------------------------------------------------

                             AFFIDAVIT IN OPPOSITION
                                Docket No.201

I, Dr. June E. Kallos, of 420 East 72nd street being duly sworn depose and say:

That I have read the Accusatory Instrument filed in the above-entitled action based on information provided by my son, Benjamin J. Kallos, unfortunately my son has presented "alternate facts."

               "(1) On one occasion in approximately 201, the defendant ran toward Mr. Kallos, at high rate of speed, with the apparent intent to collide with Mr. \Kallos, causing Kallos to fear he was going to struck by the defendant."

1) The occasion in question took place in the\hospital in front of the crowded nurses' station.

There is no way Mr. Tash could have developed a head of steam to "collide" with my son. In

addition, my son had no premise to expect this nonviolent man to strike him

               "(2) On one occasion in approximately 2011, the defendant stated in substance to Mr. Kallos that he was going to throw Mr. Kallos off a balcony."

2) The occasion in question occurred when my son brought a group of friends to my home, unexpectedly, to clean out things he considered unnecessary. Included but not limited to my stock certificate and accompanying literature necessary to the sale of the Co-op. He also emptied an oak file cabinet containing original works which I cannot replace. At no time was

Mr. Tash alone with Benjamin long enough to be able to make any threat.

> "(3) On one occasion in approximately 2016, the defendant intentionally drove a car up on the sidewalk in close proximity to Mr. Kallos and his spouse were walking."

3) On this occasion I was so excited to see them unexpectedly that I asked Mr. Tash to turn into the building driveway. At this point Benjamin entered the building and Irene, his spouse, came to the car to speak with Elliott and me. She was so delightful , and reminded me that she told Benjamin how much she looked forward to getting to know me. This made me even more regretful that Benj had kept us apart since their marriage. She is a beautiful woman and looks more like my daughter than my daughter-in-law. I was so but my son did not encourage forward to having a daughter with whom to do "girlie" things, not that I would have objected to going to movie or having an occasional meal together    but my son did to having anything encourage her to have any contact with me. It is a sad situation when a single mother with Parkinson's finds herself abandoned in her time of need.

> "(4) On numerous occasions since approximately 2013 the defendant apeared at public meetings conducted by Mr. Kallos and attempted to communicate with Mr. Kallos despite repeated instructions by Mr. Kallos for the defendant to stay away from these public meetings."

4). Mr. Tash only attended public meetings to transport me, as I am mobility challenged and both of us are constituents. We each received email invitations and RSVP'd. At no time did Benjamin or his staff respond that we should not attend. At no time did Benjamin instruct Mr. Tash to stay away from these meetings

> "(5) On numerous occasions since approximately 2013 the defendant has stated in substance to Mr. Kallos that he planned to cause disruptions in public meetings conducted by Mr. Kallos to embarrass him."

5) Mr. Tash had no opportunity to talk with my son long enough to make any such threats. It should be clearly noted Mr. Tash called my son from an ambulance to inform him that I remained en route to the  ER. In the past five years I have been hospitalized more than twenty-five times and clearly my health has deteriorated and certainly has not "remained unchanged"

"(6) On numerous occasions over approximately the past five years the defendant contacted Mr. Kallos to inform him that Mr. Kallos' mother's health had deteriorated significantly and that she was at risk of death, when in fact Mr. Kallos' mother's health remained unchanged. "

"(6) On September 1st 2017 the defendant appeared at a public meeting conducted bt Mr. Kallos at 244 E 93rd street despite having been instructed by Mr. Kallos to stay away from all public meetings conducted by him.Mr. Kallos became fearful for his safety upon seeing the defendant at the meeting. Kallos concluded the meeting and left the location. The defendant followed Mr. Kallos out of the building. Mr. Kallos   began running away from the defendant, and the defendant pursued Mr. Kallos and shouted in substance "your mother is dying""

(6) On September 1st 2017 Mr. Tash attended the "First Friday "meeting to which he had received an invitation. Mr. Tash sat quietly at the meeting waiting to speak privately regarding my anxiety and fear of my scheduled out-patient surgery at noon. Mr. Tash felt it was important for my son to take an active role in my recovery. Mr. Tash believed it behooved him to inform my son of my failing health and give him a chance to connect with me because I feared I might not come out of Anesthesia. (Benji was with me after my shoulder surgery when they called the head of anesthesiology to the recovery room to revive me when no one else had succeeded.)

CONCLUSION:

In spite of the above I dearly love my son.  I, however, feel it is incumbent upon me to share some of our recent history. As a single parent I worked very hard to assure he would lack nothing. My repayment was not even an occasional phone call. He put the icing on the cake when he disinvited me to his wedding while inviting his wife's family and all his father's relatives telling me that it was a private between him and Irene exclusively He did, however, know to use my Amex card, to take a cruise, and take a room at the Waldorf Astoria with the same young lady. I had given him the card for emergency use only with the understanding that it was for my peace of mind.

Benjamin's motivation for bringing Criminal charges against Mr. Tash is clearly an attempt to use the court in his cold and calculating plan to have Mr. Tash removed from my life, discredit, and incarcerate him. With Mr. Tash, my caregiver and protector, out of the way he would have me placed in a nursing home where I would have a life expectancy of one month. He believes he would have my apartment to live in or sell. In this vein, he moved back in with me when he wanted to run for office. In the 18 months he lived with me he came and went like a stranger and often sneaking out so I wouldn't know he was gone. During this time, he never contributed to maintenance, Con Ed or cable TV, all of which he used extensively, leaving his two computers running, and the lights on.

My son is not only attempting to manipulate this court to advance his own agenda but has made several allegations to APS, hospital social workers, and the Visiting Nurse Service. All cases he initiated with APS were closed concluding allegations were unfounded. See attached e-mails.

The issue here is solely between my son and me. Mr. Tash is just the messenger. Any charges against him, being unfounded, should dismissed and he should be protected from my son in the future.

As an aside it should be noted that I suffer from a degenderize disease. What my son is doing is causing me to experience exacerbation of all my symptoms and the appearance of a few new ones. Mr. Tash has saved my life on more than one occasion. While Benjamin   has cost me emotionally physically and financially.

False statements made herein are punishable
Misdemeanor pursuant to section 210.456

Dr. June E. Kallos

COUNTY OF NEW YORK: PART A

-----------------------------------------------------------------------------

THE PEOPLE OF THE STATE OF NEW YORK

                  --against-

David Tash,                   Defendant

-----------------------------------------------------------------------------

                                     Motion to Vacate /Dismiss
                                     Order of Protection
                                     Docket No. 2017

Not to be able to perticapate in my local government,town hall meetings and street fairs where Bengamin may be present  is clearly   is a violation of my constitionally gaunenteed  liberty interest.

The TOP should be vacated because I have never or will never be a threat or endanger   the complaining witnees. The TOP was optained resulting from  Bengimin misleading the DA with allegations that have absolutely no bassis in fact. I fear he would make false alegation that Tash has violated the TOP and have me charged with crimial contempt.

I  beleive Benjamin is misusing the power of being a Counsilmen  to influnance  the DA's office to proceed with a malitious procecution where  a simple review of the video of the  entire occation is in DA's offie  evidence. This  captured, unedited, recording  will show exactly happened and clearify whether or not the DA has prosicutional case .The go-pro video will fully exonarate me and reveal there  was no crime whatsoever. What will be reavealed is the intent of the encounter was a meesinger of his mothers attempting to have her son,Bengime be there for his mother in the recovery room  be at Lenox Hill Hospital where she feared she would not survive.

Hindisite being 20 20 I should have realized that since he has shown a clear course of conduct that

he has no interest in his mothers wellbeing encluding buut not limited to

1) Disinviting her to his wedding.

2) Not calling or visiting her in the hospital even after a doctor called him to inform him that his mother was going to have life threating kidney procedure in a few hours(2:00 am ) and this may be his last chance to speak with her. He responded by not coming and not even calling to find out her condition.

3) He NEVER calls her or acknowledges Birhtdays,Mothers Day, or the high holidays.

4) Has not acknowledged Mr.Tash or said even hello in the past at least five years.So when Bengamin alleges he told Mr. Tash not to attend his public events is not true,hopwever Mr. Tash was invited to all these events by signed emails and continues to be invited after the TOP was served. If Tash RSVP he would be violating the TOP.

5) Has attempted to have his mother decleared non compus mentus and take garenship of her on more than one occatrion.(see his irst attewmpt in 2012 attach hereto and made parthereof.

6) Made allegation to Adult Protective service on four occation and all the cases where closed with a finding of UNFOUNDED.(attached hereto and made parthereof.)

7) Made allegation to the Crtified Hjome Health Agency(Revival) that Mr. Tash was „removing her catherter to have intercourse with his mother, revival responded there was no way to independantly varify these allegation but Tash having first hand knowledge and knows for certain these allegation aare patently false and makes one wonder how her son can claim these allegation based on WHAT?

8) He has unses his mother as a prop photo in his campain misquoting her sayin:"I am so proup of my son.he always does the right thing." He used the photo and quote four years ago against her strong obection not to do so,and used again in his campain mailer for his primary run last month.This gile so riled her she wants to campain against him and attoreys have encouraged her to go public and talk to the press that is pursuing her.Dr. Kallos deeply beleyve her son does not derserve to be reelected and she she loves him unconditioally

wants no part in destroying his repuytation and future in politics  however she is compeled to foliow the advice  attorneys she has consulted with on  this case. Dr. Kallos believs once the press is involve (and there are already a story in the Daily News and the NY Post) this will take on a life of its own.I think we all can agree in the interest of justice and the wellbeing of all concered parties this matter she be concluded at once.

Mr. Tash is superfulious and zero in this action.He is just the meeinger. The only issue her is between a son and disabled mother. Mr. Tash comitted no crime by beging her son to perticiapatge in his moms recover and health care. Thed only way to independantly verified the situation is to watch the video of the entire occation that led to these charges.

COUNTY OF NEW YORK

_____

THE PEOPLE OF THE STATE OF NEW YORK

DOCKET NUMBER
2018NY018715

-against-

David Tash

_____

Motion to Include the amendment
From June 4,  2018 in OP on July 10,2018


 PLEASE TAKE NOTICE that upon the transcript of HONORABLE DAVID FREY attached hereto and made

part of hereof as exhibit 1 the TOP has been amended to Mr. Tash's permissible appearance  at any Family

Court proceeding involving Dr. June Kallos.

        THE COURT: That is fine. That is amended. So he can appear in Family Court.( transcript Exhibit 2)


Mr. Tash was under the impression upon signing the OP on July 10th that the amendment was included in

the final Order of July 10.

Since Mr. Tash and Mr. Kallos reside in close proximity the OP should allow  incidental and inadvertent

contact.

Orders of Protection are designed to protect people from legitimate threats of violence and that routinely Issuing orders of protection where there is no "good cause" shown of a legitimate threat undermines the purpose of a T.O.P. Orders of protection are entirely discretionary according to the statute- which explicitly states " may for good cause shown."{ CPL sec. 530.13(1) } A compelling argument could be made that the judge should use his discretion wisely by allowing some modicum of due process before a defendant loses a significant liberty interest. While a TOP hearing may be discretionary ordered if it would be useful or productive ( People v. Meggie, 184 Misc.2d 316(NY 2000). The evidentiary issues could be resolved in this case without a hearing because there is a video of the occasion that is the bases of the arrest and prosecution.The video clearly shows that there was no law broken or crime committed.   The extraordinary circumstances in this case stems from an elected official misleading the District Attorney and committing perjury in allegations set forth in the Criminal Complaint. Please refer to the NB (nota Bene) by Dr. June's Kallos Affirmation in Opposition(exhibit 3) to her son's "alternate facts" .

Dr. June attended an hour and half interview with the Deputy Director of the DA'S office, an  ADA and the Chief Investigator of NYPD and explained to them that the complaining witness (her son)  filed a false report and spoken untruths.The conclusion reached after the meeting was to drop the charge re: violating the OP. The allegation by Benjamin lacked credibility and it was easy to see no violation of the Order had been committed. The arrest resulting from Dr. June's sons unfounded allegation left her on the street feeling as though she was in Nazi occupied Budapest in front of her place of worship. Without Mr. Tash to push her home in her wheelchair she became distressed and  to see Mr. Tash cuffed and taken into custody was completely devastating. She will live under the sword of Damocles until the OP is vacated or expires.   June has stated " the best predictor of future behaviour is past behaviour". It is patently obvious her son has misused the OP in the  second arrest when he knew or should have known that there was no violation. Mr.Kallos  is currently misusing the OP to slander his mother and her caregiver in a Family Court matter.

the interest of justice and due process the OP should be vacated immediately or at least evaluate the need and scope of it and the credibility and veracity of the complaining witness. The OP has been in effect for more than a year and there has been no violation. There is no previous history of violence and no danger of intimidation or threat and therefore issuing an OP contravenes public policy.

Further evidence of the veracity, credibility and abuse of his power of office are Ben's allegation are contained in reports he initiated with Adult Protective Services. The conclusion APS came to is " Ben is using the agency to harass and psychological abuse his mother with unfounded allegations".The case was first reported on 5/19/2011,and (including but not limited to) re-referred on 6/30/2011,2/3/2012,12/18/2014,2/11/15,3/15/2016,9/17/2017,1/17/2018. In each and every case the conclusions APS documented that all claims have been unfounded and "falsehoods".   The hundreds of pages of reports from APS are available upon request have not been affixed but a few are as exhibit 4.

The invitation to "First Fridays" (exhibit 5) is a clear contradiction to Ben's statements and the "factual basis" for the criminal charges. It is easy to understand Ben's intent was to mislead the Police and the DA'S office with offering statements that are completely untrue was done so to establish "a course of conduct". Ben has not spoken one word to Mr. Tash is at least five years so where and when did his alleged "instruction to stay away" occur other than within his delusional mind?(exhibit 6). The 911 call Ben also mis-stated facts stating the "emotionally disturbed" person was violent.

### A BRIEF HISTORY

The rift between June and her son dates back many years. Benjamin's first attempt to gain guardianship of his mother first occurred on or about June 2011 by alleging she was non compos mentis. In her defense she sent out an SOS to have her friends send letters in support. (exhibit 7). The theme in all his allegation simply stated is his mother does not have the ability to make decisions and the person she choose to help

her is just  no good. Ben has alleged that her caregiver is "inappropriately medicating pt (her) with

tranquilisers,using illegal drugs,and also  removing indwelling catheter in order to have sexual relations with

pt.(her).........." One has to wonder where the information came from for Benjamin to make these unfounded

allegations. It is clear that there is no way to independently validate these allegations and are complete

fabrication going on in her son's mind with an unhealthy fixation on his mothers sex life.


###   WHAT IS REALLY GOING ON HERE?


The Complaining Witness is a sitting City Council Member who is abusing the  power of his office and

wasting the resources of Adult Protective Service, NYPD, and the DA'S office by false reports and

untruths.His malfeasance has caused unmeasurable damaging stress to his mother and her caregiver/

companion.  A video is available to exam the basis of his complaint and the "Course of Conduct" he alleged

has been refuted by his mother who has first hand knowledge and affirm under penalty of perjury that her

son is lying.  Dr. June Kallos, Ben Kallos mother received her Doctorate in Cognitive Behaviour Psychology

from Columbia University in 1985 and has provided therapy to her son and has concluded that he has

arrested development and never developed  through the ediple stage. He has become a pathological liar

and has developed an unhealthy fixation on her sexuality as evidenced in the reports from APS, and Revival

Home Health Care (exhibit 6).  Benjamin has a long history of abusing and harassing  his mother

prevaricating and making things up.


Unless the court  reviews the above  the court will lack enough information to address the scope of or need

for an OP. Presumption of innocence has become a legal fiction and  never be determined  when

adduticated with an  ACD in instead of a trial. The facts and circumstances of the present case based solely

on the unreliability of the allegations makes it unfair to base an OP  on it. There is some case law to support

the idea that due process should be required in cases where one is stripped of a constitutionally guaranteed liberty interest. [CPL sec. 170.65(1) and People v. Thomas,4 N.Y. 3d 143 791 N.Y.S. 2d 68,824 N.E. 2d 499(2005) see also CPL sec.100.4]

### RELIEF SOUGHT

1) I pray this court will amend the present  OP to include the amendment on the OP in  the previous court appearance.

2) Amend OP to include incidental and inadvertent contact.( especially while attending religious services).

3) Review video (in evidence with DA'S office) to determine if a crime was committed.

4)  Review Criminal Complaint and Dr. Kallos NB Affirmation in Opposition.

5) Allow defendant access to Civil  Court and the press   without it being interpreted as third party intervention.

### CONCLUSION

What is really happening in this case has little to do with the defendant. The real conflict is between a mother and her son. The defendant is just the messenger. One should not kill the messenger.  The police and the DA'S office are complicate in this arrest and prosecution  solely  because the complaining  witness is an elected official and should not be given preferential treatment. It is the opinion of more than six attorneys that Dr. Kallos conferenced with regarding  this case,they  all agreed that the only reason the arrest and prosecution are going forward is because Dr. Kallos's son is a publicly elected official.   In the interest of justice and society  in a perfect world after reviewing of the information contained herein the court will So Order the charges be dropped altogether or at least vacate the OP.  In the interest of justice an investigation should be Ordered to investigate the allegation stated herein and determine whether  the

FAMILY COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------x
                                                                :
June E. Kallos,                                                 : File No.: 295818
                                                                : Docket No.: V-09224-18
                                    Petitioner,                 :
                                                                : **AFFIDAVIT IN SUPPORT OF**
            -against-                                           : **MOTION TO DISMISS AND FOR**
                                                                : **PETITIONER TO REIMBURSE**
Irene Kallos,                                                   : **THE 18B PROGRAM FOR**
Ben Kallos,                                                     : **FRAUDULENTLY CLAIMING SHE**
                                                                : **IS ENTITLED TO FREE COUNSEL**
                                                                :
                                    Respondents.                :
-----------------------------------------------------------------x

STATE OF NEW YORK       )
                       ) ss.:
COUNTY OF NEW YORK     )

    Irene Kallos, being duly sworn, deposes and says:

    1.  I am the respondent-mother of the subject child in this action, and I am fully familiar with all of the facts and circumstances set forth herein.

    2.  Not a single allegation about me or my parenting was set forth in the instant Petition.  I am a fit parent and I have very clear reasons why I do not want June Kallos to have any contact with our child.[1]  I am advised that under the Supreme Court case Troxel v. Grandville, 530 US 57,120 (2002) and Domestic Relations Law Section 72, parents' decision as to who may have contact with their child is deemed presumptively in the child's best interest given the parents' constitutional right to care for their own child.

---

[1] My husband, Ben Kallos, has told me that he agrees with my position.

### June Kallos' History of Child Abuse

3.   Attached is a letter from Chelsea Smith Reed, my husband's sister, which explains some

of the horrific abuse that she, as a young girl, suffered at the hands of June Kallos.  Below are

just a few of her examples:

> *"[Petitioner] was physically abusive.  She frequently threw large household items at me—this could happen if I did something as small saying I had a stomach ache."*

> *"[Petitioner] told our neighbors, who were parents, that their children should not play with me... she told neighbors I was a 'slut.'"*

> *"Strangely, as I progressed through puberty she would not let me wear a bra for my developing breasts.... For menstruation she would not help me find sanitary pads, but rather forced me to wear a version of a diaper.  I was not provided basic hygiene and personal care."*

> *"[Petitioner] shook me by the shoulders several times, threatened me with force and frequently intimidated me."*

> *"[Petitioner] smoked marijuana in front of me several times."*

Exhibit A.

4.   I will not allow my daughter to suffer through the same horrors that my sister-in-law

suffered at the hands of June Kallos.  Accordingly, I am strongly against any contact between my

daughter and June Kallos.

5.   My husband Ben Kallos has also told me of abuse he suffered at the hands of and while

under the supervision of June Kallos.

### My Daughter, My Husband and I
### All Have Criminal Temporary Orders of Protection Against
### June Kallos' Live-In Companion

6.   June Kallos currently lives with a man by the name of David Eliott Tash.  Mr. Tash was

arrested for harassment of my husband and for violating the terms of an initial temporary Order

of Protection that was issued by the New York County Criminal Court.  I currently have a

temporary Order of Protection against Mr. Tash, as does my husband and my daughter.  These temporary Orders of Protection are in effect until January 9, 2019.  My order requires June Kallos' live-in companion to:

> *stay away from me,*
>
> *stay away my home,*
>
> *stay away from my place of employment, and*
>
> *for Mr. Tash to refrain from communicating with me in any way.*

Exhibit B (All 3 temporary Orders of Protection).

7.  Moreover, June Kallos and Mr. Tash recently left message on the voicemail of a phone used by my husband and I discussing how they are going to hurt my husband (the exact words were that they are going to "*drop the f-cking bomb on him*").  I am afraid that June Kallos wants visitation with my daughter to do something bad to her -- or to use our daughter to "*drop the f-cking bomb on [her Father].*"

8.  Mr. Tash has previously been charged with, among other crimes, conspiring to distribute one thousand kilos or more kilos of marijuana.  Ultimately, Mr. Tash, was sentenced to and served more than 45 months in Federal prison.  I am afraid of Mr. Tash.  My understanding is that June Kallos usually does not leave her residence without him.  The fact that she still associates with a man while I, my daughter and my husband have orders of protection against him, terrifies me.

9.  Before these temporary Orders of Protection, our family has been forced to move to a new apartment complex with tough doormen security and video surveillance in order to keep safe from Petitioner and Mr. Tash. Prior to the move, we did not even feel safe walking on the street since June and Mr. Tash knew where we lived. Once Mr. Tash drove up on the sidewalk

FAMILY COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------x

| | |
|---|---|
| June E. Kallos, | : File No.: 295818 |
| | : Docket No.: V-09224-18 |
| Petitioner, | : |
| | : **AFFIDAVIT IN SUPPORT OF** |
| -against- | : **MOTION TO DISMISS AND FOR** |
| | : **PETITIONER TO REIMBURSE** |
| Irene Kallos, | : **THE 18B PROGRAM FOR** |
| Ben Kallos, | : **FRAUDULENTLY CLAIMING SHE** |
| | : **IS ENTITLED TO FREE COUNSEL** |
| | : |
| Respondents. | |

-------------------------------------------------------------------x

STATE OF NEW YORK   )
                 ) ss.:
COUNTY OF NEW YORK  )

    Irene Kallos, being duly sworn, deposes and says:

    1.  I am the respondent-mother of the subject child in this action, and I am fully familiar with all of the facts and circumstances set forth herein.

    2.  Not a single allegation about me or my parenting was set forth in the instant Petition.  I am a fit parent and I have very clear reasons why I do not want June Kallos to have any contact with our child.[1]  I am advised that under the Supreme Court case Troxel v. Grandville, 530 US 57,120 (2002) and Domestic Relations Law Section 72, parents' decision as to who may have contact with their child is deemed presumptively in the child's best interest given the parents' constitutional right to care for their own child.

---

[1] My husband, Ben Kallos, has told me that he agrees with my position.

**The Sworn Statements from my  Son and His wife's  Affidavit in Support of Criminal Charges And Affidavit in Family Court Case**

Irene's Affidavit:

9).......... . Mr. Tash drove up on the sidewalk and blocked our way to the entrance with his car as my husband and I were walking into our present residence.

Ben's Affidavit:

3)    …..drove up on the sidewalk in a close proximity ……


June's  NB Affidavit

Both statements from my son and his wife constitutes PERJURY. Refer to exhibit B special emphasis on #3)......

Irene's states in #6) "……..Mr. Tash was arrested ……….and for violating the terms of an initial temporary Order of Protection.

Irene failed to mention that this second arrest was immediately dismissed as the DA acknowledged that the voicemail that was the basis for this second arrest did in no way violate the TOP. Benjamin knew or should have known that Mr. Tash did not violate the Order and yet had Mr. Tash arrested as we walked out of Shabbat Services ands taken into custody leaving me helpless on the street feeling as though I was in Natze occupied Budapest. Mr. Tash spent 28 hours in custody during that false arrest and was required to pay his attorney an additional $5000. To his original retainer bringing his legal fees to more than $20,000 to defend himself from arrests that should have never happened.

I Dr. June E. Kalos hereby affirm under penalty of perjury that I have first hand knowledge and was present in the sworn statement of my son ,Benjamin J. Smyth Aka Ben Kallos (since he never legally changed his name It is my wish that he refrain from using Kallos as his behavior is disgracing my  family name and my parents would be horrified by his despicable actions of ignoring me completely and his abusing his position as an elected official by misleading the DA's office to press criminal  charges against David Elliott Tash { whom I dependent on for  the activities of  daily living and makes me smile…} when it is patently obvious after one views the video that was contemporaneously recorded  on which Ben based his Criminal Complaint.NO LAW WAS BROKEN. NO CRIME HAD BEEN  COMMITTED! Unless it is a crime for my companion  to inform my only  son about his my fear of dying and the anxiety of the possible risk of survival for surgery that was to take place two hours from the time my son had Mr. Tash placed into custody.

## **RELIEF SOUGHT**

I understand that without standing that this court has no way for me to obtain standing. There are extraordinary circumstances why I do not have standing. It is obvious that until  my son and I have normalized our relationship there is no way I will be able to develop a healthy beneficial relationship with my granddaughter. I have been informed that this court cannot order mandatory mediation however before I withdraw this petition I pray this court will at least suggest that mediation between me and my son because that is in the best interest of the child.

I have made arrangements in my last will and testament to provide for Alexandra Grace Kallos and this will be unchanged whether or not I ever meet heer. Perhaps my son will be willing to give me a photo.



**June Kallos <drjkallos@gmail.com>**

# S O S

8 messages

---

**June Kallos <drjkallos@gmail.com>**　　　　　　　　　　**Sun, Jun 12, 2011 at 6:58 PM**
To: delliotttash@gmail.com
Bcc: Sascha <sacred_spaces@earthlink.net>, Jeanne Anne <jeanneannenorton@earthlink.net>, Robert Chelimsky
<rchelimsky@gmail.com>, Douglas Field <dfield1210@gmail.com>, Francine.s.mandel@pfizer.com, francescalucka
<francescalucka@gmail.com>, frankielong@hotmail.com, Sascha <green_tara@earthlink.net>, Howard Tedoff
<htedoff@nyc.rr.com>, jemstonesmom@yahoo.com, Phyllis JB Jonas <phyllisjbj@aol.com>, krebsbonnie@gmail.com,
lindawohl@danielgale.com, Monica Paley Kaufman <MAPKaufman@gmail.com>

Hi Guys!

Just a quick note to let you know that for the time being I am alive and well in Westhamptom.
Unfortunately my son doesn't like the improvement and has set me back significantly by impugning Elliotts' integrity
as well as my mental capacity.Since you all know  both of us I am asking you  to send E-Mails to the Directors of
Medicine and Social services,( Medical Director,Dr.Anreder,Director of Social Services,Madalyn McCarthy).because
they have received allegations from Benj that have resulted in them deeming it unsafe to discharge me  to Elliotts'
care.This is not only unpleasant it is extremely costly.I would like to return to my Apt. ASAP with Elliott and the
services to which I am entitled to.

As it stands now Benj is actively working to have himself  declared my guardian and to get Elliot out of my
life.Since the Psychiatrist and all the staff with whom I have come in contact find me mental competent he is
unlikely to succed in his attempted hostil takeover.Your E-Mails will be an important component of my discharge
and will help foil Benjimans attact on me.

Please call if yuou have any questions.

Love
J
--


Dr June
420 East 72nd Street
Suite 5K
NY  NY   10021

212.249.7065

---

**Mail Delivery Subsystem <mailer-daemon@googlemail.com>**　　　　　　**Sun, Jun 12, 2011 at 6:58 PM**
To: drjkallos@gmail.com

Delivery to the following recipient failed permanently:

　　delliotttash@gmail.oom

Technical details of permanent failure:
DNS Error: Domain name not found



June Kallos <drjkallos@gmail.com>

# Re: S O S re to admissionswesthamptoncarecenter.com

1 message

**Sascha <green_tara@earthlink.net>**                                    **Mon, Jun 13, 2011 at 10:14 AM**
Reply-To: Sascha <green_tara@earthlink.net>
To: June Kallos <drjkallos@gmail.com>

Dera June and Elliott,

I want to send a letter.
What exactly do you want me to say.


I Sharon Ascher a dear and old friend of June and Elliott's for over 10 years.
Having just visited with June and Elliott on Friday. There is not a question in my mind that June is as sharp and completely in control of all her mental faculties.We had a lengthly discussion about an art project that I am working on. She gave me tremendous detailed  insight into the psychological aspects of a grant that that we are working on.

I am totally disturbed and upset to hear about this situation.

With respect,
Sharon Ascher

-----Original Message-----
>From: June Kallos <drjkallos@gmail.com>
>Sent: Jun 12, 2011 8:56 PM
>To: delliotttash@gmail.com
>Cc: sherryleeb <sherryleeb@aol.com>
>Subject: Re: S O S re to admissionswesthamptoncarecenter.com
>
>On 6/12/11, June Kallos <drjkallos@gmail.com> wrote:
>> Hi Guys!
>>
>> Just a quick note to let you know that for the time being I am alive and
>> well in Westhamptom.
>> Unfortunately my son doesn't like the improvement and has set me back
>> significantly by impugning Elliotts' integrity as well as my mental
>> capacity.Since you all know  both of us I am asking you to send E-Mails to
>> the Directors of Medicine and Social services,( Medical
>> Director,Dr.Anreder,Director of Social Services,Madalyn McCarthy).because
>> they have received allegations from Benj that have resulted in them deeming
>> it unsafe to discharge me  to Elliotts' care.This is not only unpleasant it
>> is extremely costly.I would like to return to my Apt. ASAP with Elliott and
>> the services to which I am entitled to.
>>
>> As it stands now Benj is actively working to have himself  declared my
>> guardian and to get Elliot out of my life.Since the Psychiatrist and all
>> the
>> staff with whom I have come in contact find me mental competent he is
>> unlikely to succed in his attempted hostil takeover.Your E-Mails will be an

**Howrd Tedoff**                    11:54 AM (57 minutes ago)

to me

October 4, 2017

Dr. June Kallos and I have been friends and colleagues since our days as graduate students at Teachers College, Columbia University in the 60s and 70s. Thus I have known her son Ben Kallos for most of his life without having formed a close relationship. Mr. Tash I have known since he and June became friends several years ago and I watched as affection grew to a loving relationship over the years. Meanwhile Mr. Tash worked tirelessly in June's service as she became more and more disabled with Parkinson's. He fought to become her Home Health Aid so that earned compensation could help pay bills and ensure that her companion would remain her love and provide her with more than the basic HHA services. He gave her the much desired comfort of living in her own home and added more than basic social and cultural activities outside the home where feasible. There is now, along with the pain and frustration of her terrible disease, the joy and security of being loved and cared for in familiar surroundings, a life she deserves limited though it might be. Mr. Tash has generally presented as an intelligent, articulate, creative and gentle man whose life has included the usual good and bad times. He has my confidence in his ability and willingness to do right by June.

Her son Ben on the other hand has been woefully neglectful of his mother's emotional support and physical needs, he having the notion that assisted living or nursing home with its perks in the way of bingo-type activities and rehab would be in her best interest. He apparently has demonstrated precious little physical or verbal affection for his mother in quite some time now while suggesting that he loves her but she does not love him. Yet he rarely calls and never visits! His unwarranted fear concerning Mr. Tash goes back to the very beginning of his mother's relationship with him as with the insistence, several years ago, that someone accompany him to visit his mother in a rehab facility (rarely if ever at home) in case Mr. Tash should be nearby. Mr. Tash has written a few times with Junes collaboration, called rarely and met with Ben almost never in the ensuing years but only to ask that the young man show more interest in his mother's need for a son's affection and respect and less patently off-the-mark fear for his own safety. Ben has been unable to move past his original, untenable and damaging fear, fending off and disparagement of Mr. Tash regardless of which family friend or relative tries to peacefully intervene. Ben's thinking does not preclude my notion the Mr. Tash is not and has not been a physical threat.

Dr.Howard Tedoff
299 RSD
NY N.Y. 10025

(646) 410-0161
481 Ft. Washington Avenue, #51
New York, NY 10033

---

**Francesca Lucka**                    Sun, Jun 12, 2011 at 9:40
<francescalucka@gmail.com>                              PM
To: June Kallos <drjkallos@gmail.com>

June please feel free to revise. How and where do you want this
sent? Also you did not give me he phone numbers. I am beginning
to get desperate. The ticket I have is non refundable so please let
meknow one way or the other.

Francesca xxxx

My name is Francesca Lucka and not only have I known June
Kallos for a great many years, but we also live in the same
apartment building. Because I am just a few floors away, it has been
my practice to drop by and check up on her, in fact I have had a key
to her apartment for many years. The frequency of my visits, at
least until the advent of Elliot, were necessitated due to the fact that
her son, Benjamin Kallos, rarely visits her and on the few occasions
he has done so, his callous and uncaring behavior has left her
emotionally spent. I have gotten to know Elliott since the beginning
of his friendship with June and I can unequivocally say that he is a
kind and caring person without whom June would never have
survived her recent illnesses. I am the primary caregiver for my own
mother and before Elliott was around I would try and make sure that
June had the medications she needed at hand. Despite the
increasing frequency of my visits over last five years I have never
once seen Benjamin at his mothers apartment. I would like to
suggest that there is a very obvious ulterior motive in Benjamen's
complaints regarding Elliott and his sudden interest in his mother's
welfare. Elliott has brought a measure of comfort, security and
happiness into June's life and It would truly be a travesty of justice if

7/8/11

**Gmail**  Calendar  Documents  Photos  Reader  Web  more

Search Mail   Search the Web   show search options
Create a filter

**Preview Gmail's new look**

Mail
Contacts
Tasks

AARP Long Term Care - www.genworth.com/LongTermCare - Receive a Free Long Term Care Guide Learn More from an Insu  About these ads  < | >

Compose mail

Archive   Spam   Delete        Move to   Labels   More                                    78 of 933

Inbox (669)
Buzz
Starred
Important
Sent Mail
Drafts (23)

**S O S**        x   Inbox  x

June Kallos
Mail Delivery Subsystem
Jeanne Anne
June Kallos
June Kallos
June Kallos
Robert Chelimsky
Francesca Lucka to me                                    show details  Jun 12   Reply

420 EAST
AUNT BELLE
B J K (2)
Buxo
Choice (3)
GEICO (9)
Jack Halpern, CEO
JAN (2)
KEPT 2 USE
not known yet (1)
PRO-PDO (4)
PLAXO
SASCHA (1)
Sherry lee
SISTERHOOD (4)
STKHLM
UPS (2)
19 more»

June please feel free to revise. How and where do you want this sent? Also you did not give me he
phone numbers. I am beginning to get desperate. The ticket I have is non refundable so please let
meknow one way or the other.

Francesca xxxx

My name is Francesca Lucka and not only have I known June Kallos for a great many years, but we
also live in the same apartment building. Because I am just a few floors away, it has been my practice
to drop by and check up on her, in fact I have had a key to her apartment for many years. The
frequency of my visits, at least until the advent of Elliot, were necessitated due to the fact that her
son, Benjamin Kallos, rarely visits her and on the few occasions he has done so, his callous and
uncaring behavior has left her emotionally spent. I have gotten to know Elliott since the beginning of
his friendship with June and I can unequivocally say that he is a kind and caring person without whom
June would never have survived her recent illnesses. I am the primary caregiver for my own mother
and before Elliott was around I would try and make sure that June had the medications she needed at
hand.  Despite the increasing frequency of my visits over last five years I have never once seen
Benjamin at his mothers apartment. I would like to suggest that there is a very obvious ulterior motive
in Benjamen's complaints regarding Elliott and his sudden interest in his mother's welfare. Elliott has
brought a measure of comfort, security and happiness into June's life and It would truly be a travesty
of justice if Benjamin were to be  taken at his word. Believe me when I say there is not a word of
truth to his accusations. Please feel free to get in touch with me should you wish to discuss this
matter or any other relating to Ms. Kallos. I can be reached at 212-794-1679.

On Sun, Jun 12, 2011 at 6:58 PM, June Kallos <drjkallos@gmail.com> wrote:
- Show quoted text -

--
Francesca

Reply       Forward       francescalucka is not available to chat

Chat

Search, add, or invite

June Kallos
Sign into chat
Call phone
anthony meduri
astrid reichwald
Benjamen Kallos
Elliott Tash
francescalucka
Joan Margalith
krebsbonnie
Monica Paley Kauf
Robert Chelimsky

Google Calendar

«        July 2011         »
S   M   T   W   T   F   S
26  27  28  29  30  1   2
3   4   5   6   7   8   9
10  11  12  13  14  15  16
17  18  19  20  21  22  23
24  25  26  27  28  29  30
31  1   2   3   4   5   6
7   8   9   10  11  12  13

New to Google Calendar?

Invite a friend

AARP Long Term Care - Receive a Free Long Term Care Guide
Learn More from an Insurance Leader
www.genworth.com/LongTermCare                                                Ad

Archive   Spam   Delete        Move to   Labels   More

2% full                         ©2011 Google - Terms & Privacy
Using 205 MB of your 7692 MB

People

**francescalucka**                    »
francescalucka@gmail....

**Elliott Tash**                      »

**Monica Paley Kaufman**              »

**Robert Chelimsky**                  »

**krebsbonnie**                       »

Show 12 more

Map this
481 Ft Washington Avenue
New York, NY 10033

Ads

Berkeley College
Learn more about Berkeley's Health
Services Management degree!
www.BerkeleyCollege.edu

Adult Day Health Care
Supervision & Activity for Seniors
Caring Every Minute, Every Day
www.mjhs.org

StrataJazz for Healthcare
Technology for Hospital Budgets
and Reimbursement Planning
www.stratadecision.com

MBA in Healthcare
Prestigious Healthcare MBA degree
from George Washington University.
MBAhc.info/Healthcare-MBA

Kittay Senior Apartments
NY's Alternative to Assisted Living
Health.Safety. Well being. Support
www.kittayHouse.org

Home Health Care Agencies
Connect With Trusted Elder Care
Agencies For In Home Assistance.
www.ServiceMagic.com

Assisted Living Home Care
Get Free Information on Qualified
Assisted Living Homes Near You.
SeniorLivingSource.org/Assisted

More about...
Home Care Agencies »
Home Health Agency »
Children Health Care »
Companion Care »

About these

78

Last accou

ge 1 of 1

Phyllis JB Jonas

1735 Bay Blvd

Atlantic Beach, NY 11509

To whom it may concern:

I have known Dr. June Kallos for over 50 years.  Not only are we joined by marriage but we are joined by a bond of love as are sisters.  She raised her son Benjamin Kallos as a single mom and gave him every advantage so that he could fulfill his potential, while remaining a devoted daughter and a respected professional in the mental health field.

June has suffered physically, emotionally, and financially as Parkinson's Disease as progressed to rob her of the life she used to enjoy.  The neglect her son has demonstrated and the emotional strain resulting has exacerbated her symptoms greatly.

David Elliott Tash has been June's caregiver and companion for seven years, assisting her with the daily tasks of life and enriching her life with meaning.  The bond they share has sustained her and has prolonged her life.  He is totally selfless and is devoted to her well being.  It pains him to see what the lack of relationship with June's son, Benjamin Kallos, has done to her and has always tried to bring them closer.  Mr. Kallos has negated these overtures and has  instead brought unfounded legal charges against Mr. Tash.

Mr. Tash is an integral part of June's life and is essentiall to her well being. I beseech you to allow him to remain as Dr. June's caregiver and companion.

Respect for and concern for one's parent is a central tenet in Judaism.  As a public official, NYC Councilman Benjamin Kallos surely understands the importance of "family values."  Hopefully he can practice what all Americans want, including his mother, —the ability to live with security and serenity in one's own home.  Dr. June needs the reassurance that the constant presence of Mr Tash will NOT be altered.

Sincerely,

Phyllis JB Jonas



June Kallos <drjkallos@gmail.com>

# June E. Kallos, Ph.D.

1 message

Jeanne Anne Norton <jeanneannenorton@earthlink.net>
To: admissions@westhamptoncarecenter.com
Cc: June Kallos <drjkallos@gmail.com>



Mon, Jun 13, 2011 at 3:30 PM

TO:  Lewis Andreder, M.D., F.A.C.S. and Madalyn McCarthy

This is being sent in behalf of Dr. Kallos,  a neighbor and friend for more than twenty years.

It has come to my attention that Benjamin Kallos, Esq., son of a June E. Kallos, Ph.D., resident at the Westhampton Care Center, has advised that his mother is not mentally fit to make decisions in her behalf and that her companion, Elliott Tash, is not fit to care for her physical needs, along with resident health care aides.   Further, that her home is unsafe.  To that end, it is my understanding that he is planning to or has filed a petition for guardianship.  Like Benjamin, I too am attorney, although I have been in practice longer.  I have practiced Elder Law, although I am not representing Dr. Kallos due to my most recent move to Albany.  I maintain my Manhattan residence at 420 East 72nd Street.

As you are well aware, Dr. Kallos has long suffered from Parkinson's Disease, and in the last few years from Type II Diabetes.  With Parkinson's Disease, especially under periods of stress brought on by the situation with Benjamin, Dr. Kallos, her dyskinesia is more active.

As a result of a severe UTI Dr. Kallos was hospitalized in the Fall of 2010, triggering a cascade of medical issues relating to her urinary function.  With it brought fevers, MRSA, et. al., and frequent hospitals and rehabilitations thereafter prior to returning home.  Despite these events, I found Dr. Kallos to be clear headed with her full mental capacities and ability to decide what was appropriate and necessary for her care.

I am at a loss as to why Benjamin is of the belief that Mr. Tash is not capable of caring for Dr.  Kallos' physical needs, along with home aides, or that her home is unsafe.  Quite frankly, Dr. Kallos should be released from your facility under her own recognizance.

Again, I have known and stayed in touch with Dr. Kallos frequently, if not daily, since 1990.  I would say that qualifies me to know the woman, her health, her son and the dynamic of what is transpiring.

If you wish to speak with me further, I can be reached on my cell phone at 646-247-



**Weill Cornell** Medicine          ⫣ **NewYork-Presbyterian**

---

**Joan and Sanford I. Weill**
**Medical College**

Natalie Hellmers
Department of Neurology

428 East 72nd Street
Suite 400
New York, NY  10021
Phone:   212-746-2584
FAX: 646-962-0517

June 22nd, 2018

Re: Care partner of June Kallos DOB 6/7/1944

To whom this may concern,

I am writing this letter on behalf of Mr. Elliot Tash. He has been in attendance with medical follow up visits with June Kallos who is a patient here at the Weill Cornell Medical Parkinson's Disease & Movement Disorder. She was first seen by Dr. Claire Henchcliffe back in August 30th, 2007. Since then her neurological condition has required multiple follow up visits.  In review of my progress notes, in the last recent year, I have seen June in May 4th, 2018, and before that 10/25/17, 4/5/17, 3/13/17 and as documented in my notes on all these visits Elliot was present with June, asking appropriate medical questions, and giving feedback on her condition. Elliot would often follow up on visits by phoning in prescription refill requests or stopping in to the office in between visits to help streamline any paperwork for specialty medications or care related information. At each face to face encounter he presented as compassionate and seemed to want what was best for the patient, and June Kallos did verbalize to me that she had wanted Mr. Elliot Tash present on the clinic visits.

Sincerely,

*Natalie Hellmers*

---

Natalie Hellmers, MSN, RN, ACNP-BC
Lic 430607           *Natalie Hellmers*

Movement and Parkinson's Department

428 East 72nd Street suite 400

New York, NY 10021

6

TO NWHOM IT MAY CONCERN:

At this point in my life I am devestated to find that my son,who I am sure loves me in his own way,does not understand that I am 'in compice mentis' although  I have made several choices with  which he does not neccesarily agree.As a result,he has begone a vitious campain to discredit me and to destroy Elliott.Those of you who have met Elliott know that he is the most  extraordinarily  gentle and caring human being G-D ever created.He has cared for me well over six months and the only compensation he has received is our deeping love for each other. At a time I am fighting for my healthand Elliott will do anything to help my healing it is demoralizing  and counter productive to have Benjamin   working against me all the time. It is inconceivable but he is actually telling lies about Elliott in order to  build a case against Elliott.Ben has not realized that he is only helping to strengthen our bond.(so far the result has been that the MHJ dropped my case due to Benjimine stating I was a pot addict.)   Another example of Benjamin's trampling my rights occued last night here in the hospital where he made a scence by treating to call the police to have Elliott removed from MY apartment where  we  have  been  cohabitatinng  for  several months.This was far beyond his rights and is an example of his total disrtegard of wishes.it is very hurtfull that I do everything within my power to make Benj. happy yet he does not reconize my right for happyness,au contraire he consciously blocks any happyness which might come my way,Even on his 30th birthday when he held at least a half a dozen parties I was not encluded in one,althouh  far

more distant family members were. I guess the biggest shock to me waA s to find my dirty laundry being aired in public.CONGRADULATE ME I HAVE GRADUATED FROM DIAPAERS TO PULL UPS. My reading of these electronic mails is distresing as I find they bear little resemblenize to reality. I refuse to stoop to the level of an elamentery school child by responding to each and every untruth,

Benjamin has lost neither privilege nor prestige he has simple been "unavailable when I need signatures for medical procedures therefore Elliott and Bonnie were added to the Health Care Proxy.Let it be understood that 5am working very hard to regain physical stabilityThis is not a joke.I greatly appreciate the calls of support from my old and new friends and am pleased that they recognize the positive impact that Elliott has had on my life.

Please note that to date Elliott has wanted nothing more than to see a reconciliation  between B.J. and me. BJ' cleared all my papers and valuables claiming I would have full access to the storage unit.When I asked him the next day for the keys so I could at least retrieve my fathers paintings he told me I would have to   with Doug(who lives two hours away,or by him (who is working ninety hour week.)   to Elder Abuse to the 19th precinct was deemed unfounded but this declaration of me as a marijuana addict has had one effect;the MHJ has definitely has dropped my case.

**Psychologist's** SON NEEDS THERAPY

The Criminal Complaint filed by NY City Councilman Ben Kallos against his putative Step Father, Elliott Tash, was dismissed and the case sealed in Manhattan Criminal Court. Mr. Tash's attorney, Robert Gottlieb, told the Daily news at the time of the arrest; "They are false charges and the District Attorney has an obligation to understand that there was no basis at all to arrest Mr.Tash".

The attack on Mr. Tash from his partner's son  is simply the by product of his cuckold fetish and being stuck in unresolved 'oedipus complex' issues.Ben's fixation on his mothers sex life explains his unfounded allegations to Adult Protective Service (APS)  where he has alleged that Mr. Tash was sedating his mother and removing her urinary catheter to have intercourse with her.  The conclusion by the investigators stated that there was no way to independently verify this but one has to question what was the basis he had to make these allegations. It is abnormal for a son to fixate on his mother's sexuality and can only be explained arising from his never completing  his oedipus phase. The final statement from APS regarding eight years and dozens of false reports  was " her son is psychologically abusing his mother and attempting to use the agency for retaliation". All cases were closed as "unfounded".

Ben continues  to ignore the commandant to Honor his Parents. This can be seen when he disinvited his mom to his wedding and not introducing her to her granddaughter. She learned she was to be a grandmother by reading about the birth in the newspaper.As egregious as this behavior is most upsetting to Dr. June Kallos is her son  not visiting her in the hospital after being revived when she stopped breathing and her heart nearly stopped beating. While she was in the *intensive care unit*  at NYPH there was not so much as a phone call to see how she was doing. When will her son start behaving like a son should and become a mensch? Ben likes to represent himself as an advocate for seniors and people with disabilities and needs to be reminded that charity begins in the home.

Ben is using Mr. Tash as a scapegoat for his unconscionable treatment of his mother. Long before Mr. Tash was in the picture Ben has been unkind and abusing his mother. When he lied to the police and misled the District Attorney to press criminal charges against Mr. Tash he went too far. The stress he caused his mother along with the significant expenditures of legal fees remain unsatisfied by reparation. All of the bogus criminal charges arising from Ben's perjury have been dismissed. Ben still has made no attempt to apologize for his misconduct and his abuse of power of his office as a sitting New York City Councilman. His malfeasance should not go unnoticed and  behooves him  to compensate the offended parties for his violation of the commandment Not to Bear False Witness.  Unless there are  countermeasures  in place and a modicum of reciprocal justice what is to deter Ben from commiting potential future evil deeds?

I am not just an expert in human behavior I am also your mother. Herein I speak as both.

Against all the rules of psychotherapy and I am going to give you the answers and conclusions you would come to after years of introspection and diving deep and taking a hard honest look at yourself. The journey from ignorance and crazy to enlightenment and basic sanity can only happen you're brave enough and  willing to work really hard.

Take a look at electronic mail from Hashemsmessinger@gmail.com


BEING THIS BEATS BEING THAT


Your behavior is not only unconscionable,cold and unbecoming a Kallos you have  hurt me to my core. I will always love you unconditionally however if you continue sully our  family name and act like a Smyth you must stop using Kallos.

While I will always be there for you and protect you and am powerless to prevent you from self destruction.  As Smokey the Bear has said, :" Remember only you can prevent forest fires."

March 28,2019

My Dear Son

You should know that in spite of you behaving like a horses ass I will always have nothing but unconditional love for you. You came out of my body and are my flesh and blood.. You told me that you are "done" with me or in other words I am dead to you and your behavior certainly confirms this.

As your mother I would do nothing to hurt you but you should know that does not preclude protecting myself from the  possibility of you behaving in the future as you have done in the past. You evil doing has included to speaking vicious lies and breaking my heart in several ways. Being disinvited to your wedding and not sharing the joy of the birth of my granddaughter and using her as a weapon will not be in her best interest of anyone.. What really hurts me to the quick is you not getting in touch with me after I died and came back to life.

"I am so proud of my son. He always does the right thing" are the words you put in my mouth when you used my image as a prop for your campaign  and again in your reelection campaign.Well you should be forewarned that you can not use me in any future aspirations for higher office. I am certain that your being elected  Borough President,Senator, Mayor or POTUS will not be helpful in your spiritual growth and not even possible as long as you have this skeleton in the closet. Your ego and head has gotten to big for your own good and too large to pass through the door of my home.

You should be aware of the fallout  a civil lawsuit will have on your public image. After the press gets hold of this you will not be able to run for dog catcher. You will be lucky if you do not find yourself disbarred and in jail for your commision of perjury. You should own up to your misconduct and abuse of power and right the mistake you made when you called the cops. Take responsibility for your actions and all will be forgiven.

My mother told me many times that I was spoiling you. She was right. And spoiled and rotten you have become. Forget obeying jewish dietary laws because a violation is a misdemeanor while you continue failing to obey  the commandments to honor your parents and not bear false witness is a felony.

You have lost the privilege to  call yourself Kallos so go back and call yourself  Smith. It stick in my craw as it pertains to your Ukrainian peasant wife. She certainly is not  Irene Kallos. Irene Smith is a better fit.

I strongly suggest you make nice nice  and pick up the phone and call me to see how I am doing. We can get together and share a meal and have a few laughs over the twist and turns of this convoluted shitstorm. After we bury the hatchet and you make reparations for the legal fees and other relief   you can call yourself Kallos with my blessing. Make me proud and do the right thing.

 Gmail

June Kallos <drjkallos@gmail.com>

---

## Mother's love
4 messages

---

**June Kallos** <drjkallos@gmail.com>                                                Sat, Mar 3, 2018 at 2:39 PM
To: "Ben Kallos, Council Member" <BKallos@benkallos.com>
Bcc: Douglas Field <dfield1210@gmail.com>, June Kallos <drjkallos@gmail.com>, david tash <etgoodtogo@gmail.com>, Robert Gottlieb <rgottlieb@gottliebjaney.com>


Dear Baby Bunny

You have your own baby bunny now and are discovering a kind of love no one could have ever explained to you. You will truly discover the meaning of unconditional love.

With time, you will find how sensitive you are to everything she says and how easily she can send from the heights of happiness to the depths of despair.The period we are passing through now is taking more of a toll than you can imagine and I hope you will never have the experience. I would like the opportunity to meet your daughter (my grandchild) very soon.Adriana has offered to bring me over so she can meet your daughter as well. You know that I would never let anyone harm you I have always been your protector even when it meant having Joel throw he kitchen table on me.

Please let me know when you can come to get me.

With my unconditional love
M

ps see YouTube...... Pema Chodron .........e.g., Smile at Fear.
--


Dr June
420 East 72nd Street
Suite 5K
NY  NY   10021


--


Dr June
420 East 72nd Street
Suite 5K
NY  NY   10021

212.288.0526

---

**June Kallos** <drjkallos@gmail.com>                                                Wed, Mar 7, 2018 at 4:48 PM
To: Howard Tedoff <htedoff@nyc.rr.com>

[Quoted text hidden]

---

**Howard Tedoff** <htedoff@nyc.rr.com>                                               Wed, Mar 7, 2018 at 5:19 PM
To: June Kallos <drjkallos@gmail.com>

You're not asking but I feel a bit of editing is called for if you're sending this
Howard

March 28,2019

My Dear Son

You should know that in spite of you behaving like a horses ass I will always have nothing but unconditional love for you. You came out of my body and are my flesh and blood.. You told me that you are "done" with me or in other words I am dead to you and your behavior certainly confirms this.

As your mother I would do nothing to hurt you but you should know that does not preclude protecting myself from the  possibility of you behaving in the future as you have done in the past. You evil doing has included to speaking vicious lies and breaking my heart in several ways. Being disinvited to your wedding and not sharing the joy of the birth of my granddaughter and using her as a weapon will not be in her best interest of anyone.. What really hurts me to the quick is you not getting in touch with me after I died and came back to life.

"I am so proud of my son. He always does the right thing" are the words you put in my mouth when you used my image as a prop for your campaign  and again in your reelection campaign.Well you should be forewarned that you can not use me in any future aspirations for higher office. I am certain that your being elected  Borough President,Senator, Mayor or POTUS will not be helpful in your spiritual growth and not even possible as long as you have this skeleton in the closet. Your ego and head has gotten to big for your own good and too large to pass through the door of my home.

You should be aware of the fallout  a civil lawsuit will have on your public image. After the press gets hold of this you will not be able to run for dog catcher. You will be lucky if you do not find yourself disbarred and in jail for your commision of perjury. You should own up to your misconduct and abuse of power and right the mistake you made when you called the cops. Take responsibility for your actions and all will be forgiven.

My mother told me many times that I was spoiling you. She was right. And spoiled and rotten you have become. Forget obeying jewish dietary laws because a violation is a misdemeanor while you continue failing to obey  the commandments to honor your parents and not bear false witness is a felony.

You have lost the privilege to  call yourself Kallos so go back and call yourself   Smith. It stick in my craw as it pertains to your Ukrainian peasant wife. She certainly is not  Irene Kallos. Irene Smith is a better fit.

I strongly suggest you make nice nice  and pick up the phone and call me to see how I am doing. We can get together and share a meal and have a few laughs over the twist and turns of this convoluted shitstorm. After we bury the hatchet and you make reparations for the legal fees and other relief   you can call yourself Kallos with my blessing. Make me proud and do the right thing.

 Gmail

June Kallos <drjkallos@gmail.com>

## RE: Closing old business
1 message

**Doug Field** <dfield1210@gmail.com>                                     Fri, Jun 10, 2016 at 1:16 PM
To: June Kallos <drjkallos@gmail.com>

your letter

**From:** June Kallos [mailto:drjkallos@gmail.com]
**Sent:** Tuesday, June 07, 2016 9:03 AM
**To:** Douglas Field
**Cc:** bonnie kay
**Subject:** Fwd: Closing old business

Jun 6, 2016 5:16 PM, "June Kallos" <drjkallos@gmail.com> wrote

> As I am beginning my 73rd year I decided to unload some of the heavy baggage I have been carrying for years, in the style of the Jewish martyrs who preceded me.
> I am thin-skinned and easily hurt, as you well know. I am jotting down a few of the major hurts so I do not carry them forward into the new year
> 1) you specifically told me I was not welcome at your wedding.  This is something I will never get over.
> 2) you never pick up the phone just to say" hello, I was thinking of you"
> 3) you did not visit me while I was hospitalized or even call to find out if I survived after the surgeon told you explicitly to come and see me immediately if  you wished to speak with me again
> 4) you telling me I was not welcome to attend First Fridays even though I am a constituent.
> 5) going out of your way to ignore the past three Mother's Days.
> 6) ignoring my last two birthdays and going for the third except Phyllis intervened preventing you from scoring a hat trick.
> 7) making a fool of yourself and me by not just saying you did not want the responsibility of having your disabled mother around when you were planning on having fun.  Jesse must have been terribly uncomfortable telling me a string of lies on your behalf.

>8) last, but not least, you are rude and disrespectful to Elliott when you should be kissing the ground  he walks on because he loves me AND you could never find anyone whom you could pay enough to care for me half as well.

Remember, I love you very much......I just don't like your behaviours

What will it take for you to be a loving son and a mensch and what will help the situation?
{ the unanswered questions in the electronic mail on or about March 1 2019}.


If you have ambition to be the first J President or successfully run for higher office it is
NECESSARY  to come up with the answers. You will be UNSUCCESSFUL  if you continue to
violate the Commandments………………………..

Gmail                                       June Kallos <drjkallos@gmail.com>

## Mother's love

4 messages

**June Kallos** <drjkallos@gmail.com>                       Sat, Mar 3, 2018 at 2:39 PM
To: "Ben Kallos, Council Member" <BKallos@benkallos.com>
Bcc: Douglas Field <dfield1210@gmail.com>, June Kallos <drjkallos@gmail.com>, david tash <etgoodtogo@gmail.com>, Robert Gottlieb <rgottlieb@gottliebjaney.com>


Dear Baby Bunny


You have your own baby bunny now and are discovering a kind of love no one could have ever explained to you. You will truly discover the meaning of unconditional love.

With time, you will find how sensitive you are to everything she says and how easily she can send from the heights of happiness to the depths of despair.The period we are passing through now is taking more of a toll than you can imagine and I hope you will never have the experience. I would like the opportunity to meet your daughter (my grandchild) very soon.Adriana has offered to bring me over so she can meet your daughter as well. You know that I would never let anyone harm you I have always been your protector even when it meant having Joel throw he kitchen table on me.

Please let me know when you can come to get me.

With my unconditional love
M

ps see YouTube...... Pema Chodron .........e.g., Smile at Fear.
--


Dr June
420 East 72nd Street
Suite 5K
NY  NY  10021


--


Dr June
420 East 72nd Street
Suite 5K
NY  NY  10021

212.288.0526

**June Kallos** <drjkallos@gmail.com>                       Wed, Mar 7, 2018 at 4:48 PM
To: Howard Tedoff <htedoff@nyc.rr.com>

[Quoted text hidden]

**Howard Tedoff** <htedoff@nyc.rr.com>                       Wed, Mar 7, 2018 at 5:19 PM
To: June Kallos <drjkallos@gmail.com>

You're not asking but I feel a bit of editing is called for if you're sending this
Howard

I am still breathing and until the day comes when I no longer can draw a breath there is still the possibility that we can have a rapprochement………For some modicum of normalization to occur there are some baby steps and a major change in behaviours that are obscuring an enlightened view……..

I would like to call me once in a while to check in on me to see how I'm doing and when Will you introduce me to my granddaughter?

Dinner once a week or once a month or every other month would be nice…...and not at the lenox hill NH…...a good restaurant

What is the pathway for sanity to replace this insane situation that now defines the present situation?

1) You must  want to see a change without your desire  nothing will happen.
2) If you want to heal then we can meet face to face or with a therapist.
3) Openness is necessary.


I have decided to withdraw my case at family court and have stopped the press coverage that would certainly damage your standing and embarrass you. I will at this  time not initiate  Civil Case to recover legal fees and damages and the press massacre that would surely diminish your likelihood to be successful in future political ambitions.  Once you have realized your mistake in having my caregiver arrested by your prevarications and misleading the DA and have a firm commitment to being a mensch I would hope you will do the right thing without a court order.

Another issue which was meaningless to you is how much it hurt me to
know you have been spending so much time with Irene's parents and none
with me. I would expect you to spend more time with her parents
because she is an only child and a girl, but you also are an only
child and you might have thought of me and invited yourselves to
Shabbat dinner.

With regard to the diamond, you know that I have always kept my word
and you will receive the diamond, but I feel that the reasons you are
being nice now is to create the impression for Irene that we are still
very close and to get the stone...... Please prove me wrong!

I do not mind being the one doing the calling but it hurts that it is
always me who calls. I enjoy our lunches, but I am not physically able
to meet you and really need you to come to 420 to have
lunch/brunch/dinner or pick me up.

With your wedding on the horizon it would be prudent for us to develop
a way of spending some time together. I do not expect you and Elliott
to become best friends but given your up-bringing and political
success there is ample evidence you can be civil to anyone!

Let us work together to make this happen between you and Elliott. It
is really very important to me and more helpful to you than you
realize. Please do not take offence at anything written here but when
I try to speak to you on the phone, you are disrespectful and hangup.
I will be very happy to speak to you about anything and everything.
You were brought up as a gentleman and I expect you to be
respectful,as you were yesterday in the lobby.

With My Unconditional Love

Mommie

Dr June
420 East 72nd Street
Suite 5K
NY NY  10021

212.249.7065

 **GM il**

**June Kallos** < drjkallos@gmail.com>

---

## next try
1 message

---

**June Kallos** < drjkallos@gmail.com>                              Fri, Nov 22, 2013 at 4:15 PM
To: Douglas Field <dfield1210@gmail.com>

---

13 November 2013

Dear Benj,

I brought you up to be a gentleman, and you are with everyone but me.  This most recent
instance, yesterday, you failed to show up and did not even do me the courtesy of letting me
know we were unable to dine together.  Your lack of consideration also had an impact on a
number of people who predicated their luncheon plans on ours.  There is no question that you
have and always will have my unconditional love and admiration.  You know I have always been
sensitive, especially to you.  I do not deserve to be treated as you continue to treat me.

You requested that Elliott not join us until after 5 November 2013, the election.  Well, your
wedding is after the 5th and you, my only child, have hurt me deeply by making it a point of
saying we were not invited.  I am certain that Irene's parents, whom you say speak no English,
will be your guests. Although I have invited them to dinner several times and Irene said they
would be thrilled; you made it impossible. This is rude and I am thoroughly embarrassed.   It is
not possible that you are oblivious to the degeneration of my condition.  Without Elliott I would
be totally penniless and institutionalized.  Thanks to his emotional and financial support I have a
life and a home.  It behooves you to treat him with respect.  You need not become his best
friend, just be polite.

There are many things we need to discuss but not here and now.

Love,

Me

---

Dr June
420 East 72nd Street
Suite 5K
NY  NY  10021

212.249.7065

October 12, 2017

Dear Benj,;

This is being written because the lawyer told me I should not communicate with you directly.

I love you very much, but you have put me in a position where I must fight for my life. I, therefore have no choice but to respond to your list of charges. I wanted you to know what my position is.

Your behavior toward Elliott has been totally unacceptable; I have never known you to be rude before. You do not even acknowledge his presence when we are together. On August 31st you sent him an invitation to the September 1st 'first Fridays' meeting in your office. He wanted to alert you to my condition, so he dressed appropriately and in your meeting, not wanting to disturb you or the meeting and he followed you out so he could inform you of my need for your presence at the hospital recovery room.

Elliott chose to follow you after your meeting rather than embarrass you in front of other constituents who were attending. He should not have followed you when you evinced no interest in my condition. Your over-reaction led to a series' of circumstances which have been highly detrimental effect on me. I spent an unnecessary week in the Lenox Hill hospital, where they did not let me out of bed and I did not know where Elliott was. Elliott was in police custody for the next seven days but I had no idea where he was for five or six days. I refuse to compose a litany of all the negative results. It is, however, difficult to reconcile the person you are today with the son who tells me now much he loves me .........when you know that every emotional upheaval exacerbates the PD

Suffice it to say I prefer not to hang my dirty laundry in public but this will take on a life of its own once the layers get their teeth in it. It seems to me you should rethink taking this legal action any further.      This might br a good time to go back to b eing ASmith since you are npot rhaing likr any oh trhode

ALEC TABAK

# Pol's mom mess

## Councilman has her pal cuffed after being pestered to pay visit

EXCLUSIVE

BY SHAYNA JACOBS
NEW YORK DAILY NEWS

CITY COUNCILMAN Ben Kallos' clash with his ailing mother left her longtime friend in handcuffs.

June Kallos' caretaker, Elliott Tash, was arrested Sept. 1 for menacing, stalking and harassment after approaching the Upper East Side politician outside his E. 93rd St. district office.

Kallos bolted after Tash approached, and cops took the 69-year-old man into custody. Kallos' mother decided to speak out after learning her only child was still pressing charges against Tash.

"I got so upset that he had Elliott arrested that I just felt I have to protect (Tash)," June Kallos told the Daily News. "I had hoped that Benjamin would come to his senses."

A retired behavioral therapist, June Kallos, 73, suffers from

Parkinson's disease, which has left her with severe tremors and needing a wheelchair.

As her condition has deteriorated, her son has became more distant, according to June Kallos and Tash.

According to Tash, his intent on the night of his arrest was to cajole Kallos into mending his strained relationship with his sickly mom and coming by to visit her.

A recording made as Kallos left the office caught Tash raising his voice as he follows the councilman along Second Ave.

"Benjamin, your mother is having emergency surgery today," said Tash. "She needs you there. Did you hear what I said?

"Your mother may die! She wants you there." . . . Stop that guy."

A terrified June Kallos was awaiting a heart catheterization procedure on the day Tash tracked down her son.

According to a criminal complaint, Tash also approached



Councilman Ben Kallos (above) accuses Elliott Tash (far left), his mom June's caretaker, of stalking.

Kallos at a June 2016 rally at the Queensboro Oval park on the East Side and again four months later on E. 67th St.

Both times, Tash wanted to know why Kallos wouldn't speak with him.

In the most bizarre allegation, Kallos claimed Tash tried to lure

him to his death as the two men kept a 2011 vigil at June Kallos' bedside in Lenox Hill Hospital.

Kallos said he believed an invite from Tash to go outside was "a threat by the defendant to throw me off the balcony," the complaint reads.

Kallos was then 30 and Tash

was 63.

Tash and June Kallos call her son's allegation bogus, but acknowledge that Ben has never approved of their close friendship.

"He doesn't have to be my best friend," said Tash. "I'd like him to at least be a mensch with his mother. . . I'm a messenger. You don't kill the messenger."

Tash said June Kallos was scared for her life going into her heart procedure in September, when her son blew him off.

A spokesman for the councilman said very little about the ongoing enmity.

"It's a very personal family issue that the Council member cares about deeply," said spokesman Josh Jamieson. "But there's also an ongoing investigation and an ongoing case here."

A lawyer for Tash said no crime was committed.

"They are false charges, and the district attorney has an obligation to understand that there was no basis at all to arrest (Tash)," attorney Robert Gottlieb said.

 Gmail

**david tash <etgoodtogo@gmail.com>**

## The NY Post has an obligation to get it right.
1 message

**June Kallos** <drjkallos@gmail.com>       Mon, Mar 5, 2018 at 6:56 AM
To: Robert Gottlieb <rgottlieb@gottliebjaney.com>
Bcc: etgoodtogo@gmail.com

--

**June Kallos <drjkallos@gmail.com>**

## correction of misstated facts
1 message

**June Kallos** <drjkallos@gmail.com>       Mon, Mar 5, 2018 at 5:55 AM
To: June Kallos <drjkallos@gmail.com>, david tash <etgoodtogo@gmail.com>

A man was arrested for ALLEGEDLY harassing councilman........ Your headline left out "ALLEGEDLY" .The man was not harassing the councilman. The man was informing the councilman that he was needed in the recovery room latter that day to be there for his mother who was scheduled to have surgery in a few hours and that she was afraid she would not survive.

As stated in the article the event was recorded with a GoPro and proves beyond any doubt that your statement :

    " Tash became "agitated and disordery", and was asked to leave the forum,sources said."

is completely untrue. Fake news. It is your obligation to correct your misstating the facts.

The article went on to state :

"He did leave but then lingered out side. When Kallos stepped out afterward, the man alleged confronted him. But the councilman told him he didn't want to talk with him and walked away."

The above quote from your article is more false news. What really happened was Kallos got up to leave the meeting and Tash walked behind him and stated in a calm voice " Your Mother is having surgery at 12:30 this afternoon at Lenox Hill Hospital and is afraid and wants you there." He did not say he did not want to talk to him and did not walk away........He RAN away..........The fact is that the councilman has not said as much as one word to Mr. Tash is more then 5 or 6 years! The reason that is important is he lied to the police and swore under oath to the District Attorney: "He instructed Mr. Tash to stay away from all public meetings conducted by him"if this was the case why did he invite Mr. Tash to the meeting in writing the night before of the arrest?

The article went on to state:

"It was not immoderately clear whether Kallo's mother is ill"

She did have surgery latter that day however she did not have her 24 hour 7 day caregiver at her bedside in the recovery room because her son had filled a false police report and was in police custody. Dr. June Kallos has had Parkinson Syndrome for more than 25 years,wheelchair bound and for the most part home bound. Is it clear that Kallo's mom is not in the best of health?

The REAL STORY is:
How can someone be arrested when no crime had been committed? Why would a son RUN away from a messenger who was attempting to forward an important information regarding the well being of his mother?
Why is a child fixated on his mother's sex life and misleading and misusing government agencies (including but not limited to ) Adult Protective Service to make more than a dozen false allegations that her caregiver is giving her with illicit drugs and than having sex with her? And alleging many other things that not only are not true but in each and every case the agencies closed the case with " Charges are unfounded." One has to ask themselves where did her son get the information in all his false allegations?Why is Governor Cuomo supporting Ben Kallos for Mayor as reported in the Daily News for a person who has abandoned and mistreats their mother and is so fixated on her sex life that HE is actually sexually harassing her?

http://www.nydailynews.com/new-york/ny-metro-kallos-mom-dismissal-deal-20180710-story.html

# Caretaker and longtime partner of City Council member's mom gets dismissal deal in harassment, stalking case

**By Shayna Jacobs**

**Jul 10, 2018   7:05 PM**



*David Tash (left) with his attorney Robert Gottlieb in Manhattan Criminal Court on Tuesday.* **(Alec Tabak / for New York Daily News)**

The caretaker and partner of City Council member Ben Kallos' mother got a dismissal deal Tuesday in his bust for harassing and stalking the elected official for years.

David Tash, 69, also saw criminal contempt charges dismissed for allegedly violating an order of protection in April after prosecutors said they couldn't prove beyond a reasonable doubt that Tash contacted Kallos "intentionally" against the order.

The family drama spilled into the courthouse on Sept. 1 when Tash was arrested near Ben Kallos' E. 93rd St. office where he shouted at the rep about 74-year-old June Kallos, who is in a wheelchair and suffers from Parkinson's.

She was set to undergo a heart catheterization procedure.

"Your mother may die! She wants you there! ... Stop that guy!" Tash is heard saying to Kallos on a video the caretaker made.

But it was the last straw for the councilman, who had a long-simmering and contentious relationship with the confidant of his mother, a retired behavioral therapist.

Tash has to stay arrest-free for six months and his original case will be dismissed and sealed under the terms of the deal he took in Manhattan Criminal Court.

Orders of protection were issued in favor of Kallos, his wife and their baby.

Tash was collared a second time on a Kallos-related complaint in April when Kallos reported a voice mail left on his line in which Tash appeared to use threatening language.

"I have got to the point where I don't want to be the (unitelligible) that blows his face off. You can't threaten or coerce him, just have to do it, that's the problem," Tash is heard saying, according to court papers.

He also referenced dropping "the f---king bomb on him."



*June Kallos, the mother of City Council member Ben Kallos, is pictured in the hallway after David Tash's appearance in Manhattan Criminal Court on Tuesday.*
**(Alec Tabak / for New York Daily News)**

The ominous-sounding chatter was a discussion between Tash and June Kallos, but was taken out of context, Tash's attorney said.

She called to wish her son a good Sabbath but the phone was not hung up on the receiver and their talk was recorded.

The "bomb" remark was about not wanting to ruin Kallos's career with more bad publicity, Tash's lawyer Robert Gottlieb explained at the time.

Tash and June Kallos maintain that the councilman has estranged himself from her and that Tash had been trying to get him to come around when thing went haywire.

But Kallos, in court papers, described a history of harassment on Tash's

part.

He said asked Tash to "stay away from my office and to stop threatening me or my staff" on March 28, 2016.

In June 2016, Tash was accused of following Kallos from a rally that started at Queensboro Oval to the corner of E. 59th St. and Sutton Place, where he demanded to know why Kallos wouldn't converse with him.

Kallos described a similar encounter in October 2016 and said he felt threatened by Tash during a Jan. 11, 2011, exchange at Lenox Hill Hospital, where he was visiting his mother.

"I am grateful that the court has issued a full and final order of protection for my wife and baby," Kallos said in a statement Tuesday. "We all know someone with problems. We can try to help them, but if they won't accept the help, we can only hope and pray that they get the help they need."

June Kallos said the family upset was beyond painful.

"It's been terrible because it's my baby, it's my son, who is causing all the issues," she said in the hallway after the court appearance.

Tash said he hopes that June Kallos can become "an active part of her granddaughter's life" and that her only child "will become sane and love his mother the way a son should love his mother — and be a mensch."

TOPICS

SUBSCRIBE
8 weeks for only 99¢

LOG IN

**Border Protection says Mayor de Blasio crossed border illegally during Texas visit** 

**Radiohead offers sweet release at mesmerizing Madison Square Garden show** 

**Trump administration flops on 'catch immigrants, wi** >

ADVERTISEMENT

NYC CRIME

# Caretaker of councilman's mom busted for violating restraining order after phone threat

**By ANDY MAI and SHAYNA JACOBS**
NEW YORK DAILY NEWS  |  APR 23, 2018

  

TRIAL OFFER     SUPPORT QUALITY NEWS
8 weeks for 99¢

SAVE NOW

Case 1:18-cv-07704-JM Document 1 Filed 08/2019 Page 84 of 123
SAVE NOW



Elliott Tash (l.) the caretaker of City Council member Ben Kallos' mom, June Kallos (r.), was arrested on allegations he violated a restraining order. (Luiz C. Ribeiro/For New York Daily News)

The caretaker of a City Council member's mother has been arrested on allegations he violated a restraining order by leaving a threatening voice mail.

Elliot Tash, 69, lives with and cares for June Kallos, 73, the estranged mother of Councilman Ben Kallos. June Kallos has Parkinson's disease and uses a wheelchair.

TRIAL OFFER   SUPPORT QUALITY NEWS
8 weeks for 99¢
SAVE NOW

Caretaker of councilman's mom busted for violating restraining order - NY Daily News

ADVERT

SAVE NOW

Tash and Ben Kallos, who represents the Upper East Side, have been at odds for years, with their bad blood peaking Sept. 1 when Tash was arrested on stalking and harassment charges.On Saturday, June Kallos called her son, 37, and wished him a good Sabbath but did not properly hang up, according to Tash's lawyer, Robert Gottlieb. Kallos heard the greeting and a private conversation between his mom and Tash as a voicemail around 6 a.m., Gottlieb said.

Their dialogue resulted in Tash's arrest at Manhattan's 19th Precinct stationhouse around 1:45 p.m. Saturday, which is next to the the Park East synagogue on E. 67th St., where Tash and June Kallos attend services, sources said.

"I have got to the point where I don't want to be the (indistinguishable) that blows his face off. You can't threaten or coerce him, just have to do it, that's the problem," Tash is heard in the voicemail, according to the criminal complaint.

"Doing it is OK. We can drop the f---king bomb on him. But we can't threaten him to drop

TRIAL OFFER     SUPPORT QUALITY NEWS
8 weeks for 99¢

SAVE NOW

SAVE NOW

The call was reported to authorities and Tash was arrested. He was released on his own recognizance Sunday afternoon from Manhattan Criminal Court with a frail June Kallos at his side.

Gottlieb said the alarming language was not actually a threat and the "blows his face off" line was a reference to not wanting to destroy Kallos' career.

⌄

But a Kallos rep pointed to Tash's criminal background. Tash was sentenced to 45 months in prison in a federal marijuana trafficking bust and was released in 2005, records show.

⌃

"A convicted criminal charged with trafficking 5 tons of controlled substances was arrested for violating an order of protection," said Kallos spokesman Josh Jamieson. "At this time we are just letting the criminal system run its course. No one should have their life threatened."

Tash was hit with a felony criminal contempt charge for violating an existing order of protection that was put in place when he was first arrested. He also faces a new count of aggravated harassment.

With John Annese

⌄

TRIAL OFFER    SUPPORT QUALITY NEWS

8 weeks for 99¢

SAVE NOW

 Gmail

**david tash <etgoodtogo@gmail.com>**

---

### saily news
1 message

---

**Pat Smith** <my_favoriteemail@yahoo.com>                    Mon, Apr 30, 2018 at 9:45 AM
To: "etgoodtogo@gmail.com" <etgoodtogo@gmail.com>

here it is ---

https://www.pressreader.com/usa/new-york-daily-news/20180423/281741270022828

This is PressReader

Aide to pol's ma busted

New York Daily News

23 Apr 2018

BY ANDY MAI and SHAYNA JACOBS With John Annese

THE CARETAKER of a City Council member's mother has been arrested on allegations he vio-
lated a restraining order by leaving a threatening voice mail.
Elliot Tash, 69, lives with and cares for June Kallos, 73, the estranged mother of Councilman Ben
Kallos. June Kallos has Parkinson's disease and uses a wheelchair.
Elliot Tash, 69, lives with and cares for June Kallos, 73, the estranged mother of Councilman Ben
Kallos. June Kallos has Parkinson's disease and uses a wheelchair.
Tash and Ben Kallos have been at odds for years, with their bad blood peaking Sept. 1 when Tash
was arrested on stalking and harassment charges.
On Saturday, June Kallos called her son, 37, and wished him a good Sabbath but did not properly
hang up, according to Tash's lawyer, Robert Gottlieb. Kallos heard the greeting and a conversation
between his mom and Tash as a voicemail around 6 a.m., Gottlieb said.
"I have got to the point where I don't want to be the (indistinguishable) that blows his face off. You
can't threaten or coerce him, just have to do it, that's the problem," Tash is heard in the voicemail,
according to the criminal complaint.
The call was reported to authorities and Tash was arrested. He was released Sunday afternoon
from Manhattan Criminal Court with a frail June Kallos at his side.
Gottlieb said the alarming language was not actually a threat and the "blows his face off" line was a
reference to not wanting to destroy Kallos' career.
But a Kallos rep pointed to Tash's criminal background. Tash was sentenced to 45 months in
prison in a federal marijuana trafficking bust and was released in 2005, records show.
"A convicted criminal charged with trafficking 5 tons of controlled substances was arrested for vio-
lating an order of protection," said Kallos spokesman Josh Jamieson. "No one should have their
life threatened."


============

http://www.nydailynews.com/new-york/nyc-crime/aide-councilman-mom-busted-violating-restraining-order-article-1.3949145

Sections    New York Daily News new york

Aide of councilman's mom busted for violating restraining order

BY Andy Mai Shayna Jacobs

NEW YORK DAILY NEWS

Updated: Monday, April 23, 2018, 2:07 AM

Elliott Tash (l.) the caretaker of City Council member Ben Kallos' mom, June Kallos (r.), was arrested on allegations he violated a restraining order.      (Luiz C. Ribeiro/For New York Daily News )

The caretaker of a City Council member's mother has been arrested on allegations he violated a restraining order by leaving a threatening voice mail.

Elliot Tash, 69, lives with and cares for June Kallos, 73, the estranged mother of Councilman Ben Kallos. June Kallos has Parkinson's disease and uses a wheelchair.

Tash and Ben Kallos, who represents the Upper East Side, have been at odds for years, with their bad blood peaking Sept. 1 when Tash was arrested on stalking and harassment charges.On Saturday, June Kallos called her son, 37, and wished him a good Sabbath but did not properly hang up, according to Tash's lawyer, Robert Gottlieb. Kallos heard the greeting and a private conversation between his mom and Tash as a voicemail around 6 a.m., Gottlieb said.

Their dialogue resulted in Tash's arrest at Manhattan's 19th Precinct stationhouse around 1:45 p.m. Saturday, which is next to the the Park East synagogue on E. 67th St., where Tash and June Kallos attend services, sources said.

"I have got to the point where I don't want to be the (indistinguishable) that blows his face off. You can't threaten or coerce him, just have to do it, that's the problem," Tash is heard in the voicemail, according to the criminal complaint.

"Doing it is OK. We can drop the f---king bomb on him. But we can't threaten him to drop the bomb on him," the speaker continued.

The call was reported to authorities and Tash was arrested. He was released on his own recognizance Sunday afternoon from Manhattan Criminal Court with a frail June Kallos at his side. Gottlieb said the alarming language was not actually a threat and the "blows his face off" line was a reference to not wanting to destroy Kallos' career.

But a Kallos rep pointed to Tash's criminal background. Tash was sentenced to 45 months in prison in a federal marijuana trafficking bust and was released in 2005, records show.

"A convicted criminal charged with trafficking 5 tons of controlled substances was arrested for violating an order of protection," said Kallos spokesman Josh Jamieson. "At this time we are just letting the criminal system run its course.No one should have their life threatened."

Tash was hit with a felony criminal contempt charge for violating an existing order of protection that was put in place when he was first arrested. He also faces a new count of aggravated harassment.

===================

**2 attachments**



**Tash-june kallos-180423.jpg**
345K



**Tash-June Kallos2-180423.jpg**
219K

Herein is the recording  of the  internal dialogue that has stolen countless hours of sleep compelling me to get them out as  encouraged by Dr. J.  and Doc RJ . It worked!  Now that it's down on paper the monkey chatter in my brain has been silenced. Cathartic writing as satisfying  as an Amazing BM. I got the shit out and who would want to waste their time reading this crap when it was written for an audience ofOne,my punitive Step Son,Benjamin J Smith,aka Benjamin J Kallos.

The recurring theme running through all this is the hope that June's only child will wake up and become the loving son and mensch that June deserves.





**June Kallos <drjkallos@gmail.com>**

# the rest of the story..........

1 message

**david tash <etgoodtogo@gmail.com>**     Thu, Dec 28, 2017 at 8:33 PM
To: david tash <etgoodtogo@gmail.com>, June Kallos <drjkallos@gmail.com>

A funny thing happened to me ( not really funny just batshit crazy) when I went
to enlist the help of my friends only child to be in the recovery room that
afternoon to encourage his mother to come out of anesthesia because she
feared she might not based on her history with former anetestias. Dr. June, the
mother has been afflicted with Parkinson Syndrom for more than two decades
and is medically frail and needs help  with all the activities of daily living. Her
son,Ben, has had  almost nothing to do with her for the past seven years since
I have been in the picture, and I've been told by Dr.J's friends that know Ben
since he was born that the kid has not been a good son since age three,and
J's mother caustioned her that she was spoiling him rotten( and rotten he has
become). I know J loves her boy with all her heart and soul but arbors  many
of  his cold hearted  behaviours . Disinviting his mother from her only son's
wedding hurt her to the quick and she may never recover.A close runner up in
despicable treatment occurred when he received a call from the doctor who
was about to perform emergency surgery on her told her boy if he wanted to
see his mother again he had better visit as not everybody survives the
procedure.Not only did he not come and visit he did not even so much as pick
up a phone to see how she was. Since he rarly initiates a phone conversation
in all the years I have known her. I was surprised he did not make an
exception in this extraordinary circumstance.Ignoring her Birthdays,Mother's
Day,and High Holidays is what she has come to expect but is hurtful.

To get back to the batshit crazy aspect of this situation is Ben's reaction to my
attempt to inform of him of his mothers need for him to come to the  hospital.
Instead of listening to  what I was saying he turned his back to me and bolted
like  a race horse. I was dumbfounded.Before he ran away I said In a calm
voice  "Your mother needs you  this afternoon.He is having surgery and wants
you there in the recovery room.She is afraid." ..........I followed him as he ran I
shouted the same thing
"YOUR MOTHER NEEDS YOU TO GO TO THE HOSPITAL SHE IS AFRAID"
He said not one word to me at that time and has not uttered one  in more than

 Gmail

**david tash** <etgoodtogo@gmail.com>

---

# (no subject)
1 message

---

**david tash** <etgoodtogo@gmail.com>                     Mon, Feb 26, 2018 at 2:53 PM
To: david tash <etgoodtogo@gmail.com>, June Kallos <drjkallos@gmail.com>

With an open heart deeply concerned about Junes anxiety the morning of her impending kidney surgery I got up and gave her morning medication at 5:30 am.

She went back sleep and with my morning coffee I read my e-mail and  my invitation to "first fridays" at her boy's office. A light bulb went off in my head knowing June's longing to have her son in the recovery room I said to myself,Why not respond and go see her boy and inform him of his mom's surgery and give him the opportunity to express his  love and encourage her top come back from anastasia.

My intention was first and foremost to provide the best circumstance to insure June would survive.The chances of returning to life when in the throws of anastasia is to hear the voices of the people who love you and encourage your recovery.

My going to invite Ben was an act of loving kindness.For this mitzvah one would expect the kid to thank the messenger,not kill the messenger! It is still incomprehensible to me how a simply act motivated by basic goodness and loving kindness could go so afoul.

Having given the situation a great deal of thought I have come to realize that June's boy has deep rooted hatred of me and love/hatred with his mom. Since Ben has absolutely no idea of who I am It is his ignorance/fear based construct of his view of reality.  He has created a belief of a "tiger under the bed" and nobody can convince him it is not there.. Until Ben is ready to get out the flashlight and accept what he sees the tiger remains.Ben needs to transform his being with loving kindness and vow to stop deceiving himself. He is hooked,or stuck with alternative facts. Self absorption and ego clinging defends his aggressive hatred leaving him insecure and fearful believing he needs the police to protect him.The real enemy is his self destructive ego

based behaviour is only going to make matters worse.  There must be a willingness to refrain from his addiction to hatred and fear. When the time is right he will  open himself to his basic goodness and kind heart and begin to see things as they are. Once he realize there is nothing to fear or be angry about a great weight will be lifted off everyone.

 Gmail

June Kallos <drjkallos@gmail.com>

## (no subject)
1 message

**June Kallos** <drjkallos@gmail.com>                                    Mon, May 21, 2018 at 6:03 AM
To: david tash <etgoodtogo@gmail.com>, June Kallos <drjkallos@gmail.com>

Don't beat yourself up,shun self destructive habits,unhook from hatred and aggression make friends with yourself , self reflect with undistracted awareness, do nothing unworthy, be a benefit to all beings and cut the root of suffering for yourself and others, connect to your tender heart and basic goodness,work diligently to maintain basic sanity,clear vision,doing nothing unworthy,accumulate merit,extricate yourself from situations that ensnare, entangle, snare, tangle,trap or bog down better to clear,free, liberate, release disengage,disentangle, dis-embarrass unburden, unravel, by using care and ingenuity to free yourself from this difficult situation …..to cut loose will certainly feel better than digging in your heels.............You put words in my mouth

"I'M SO PROUD OF MY SON, BEN"

"HE ALWAYS DOES THE RIGHT THING"

Make it so.................

--

Dr June
420 East 72nd Street
Suite 5K
NY  NY   10021

212.288.0526

We both know that you NEVER call and have not been there for her in anyway especially when she has been at deaths door so many times,so many hospitalizations. Your abandonment of your mom is SIN!!! You are a jerk.

You are breaking your mothers hear

Page 2

This situation is not just a "nothing burger" it's a stinky shit sandwich. What you are doing has the order of what it would smell like if shit could shit. Have you asked yourself what you are hoping to accomplish with this unfounded malicious protection? Are you seeking bad press? Do you believe that your coldhearted treatment of your mature sick mother should be in the public eye?You should know she would like you to stop using Kallos and go back to being a Smith.

Be a mensch! Be a good son and call her at least once a week to see how shes doing. Take her to a nice restaurant or even better invite her to your home for dinner at least once a month.

What kind of a man are you? Do you really want to continue to cause your mother the stress and aggravation with this ludicrous legal shitstorm. The main reason I came to your office on September first 2017 was to inform you that your mother was having kidney surgery at 12:30 . I hoped you would get involved with her recovery. She was seriously concerned that she would not survive and having her son in the recovery room you could encourage and support her and enhance her chances to have a positive outcome. If you gave a shit about your mothers well-being you would have thanked me for informing you that she needed you in the recovery room. Having me arrested because you feared for your safety is pure bullshit. What the hell are you afraid of? I have never threatened you or struck you nor would I. You know in your heart that you are not behaving like a good son.

.I am not treating you to withdraw your bogus charge but I am merely attempting to enlighten you of the ongoing negative consequences that will ensue if you do not come to your senses and do the right thing, including but not limited to:

1. stress is a killer and the longer you continue with this course of conduct the killing continues.

2. .....................

3. .....................

4. .......................

5. .......................

6. .......................

You fill in the blanks however #1) is more than enough reason for you to rethink what you are doing!


Page 3




As is evidenced by the attached emails my only reason for contacting you has exclusively been an attempt to normalize your relationship with your mother and insure you are present in her moments of need. On September 1st was no exception. The big surprise was your extreme response and you evidently did not here the message I was relaying to you from your mother "Please be at Lenox Hill Hospital at 12:30 this afternoon. I need your support for my Kidney surgery." Your voicemail to your mother five or six hours after having me a arrested is further proof you simply did not hear a word I said.:

"Hi its your son Benjamin Just calling see where you are and how your feeling. I love you917-570-6970."


The sin of omission is equally as bad as lying in this case. June,your mother not only did not have your presence in the recovery room you deprived her of mine leaving her distressed not knowing where I was for several days. It ridiculous that you are leaving your phone number and your name since you have had the same phone number since High School and she is not daft and has the ability to recognize your voice. You say "I love you" then why don't you behave like a son that truly loves his mother?


Click here to Reply or Forward

"I WILL STOP TELLING THE TRUTH ABOUT YOU IF YOU STOP TELLING LIES ABOUT ME"

I shouldn't trivialize this untenable situation with quotes from a movie because it's not entirely accurate. The sentiment in above quote is tit for tat. I have every intention to have nothing to do with you whether or not you agree to "refrain" from the following:

I Benjamin Jules Kallos will refrain from:   (including but not limited to)

- ignoring Central virtues and principles in Jewish ethics special emphasis: lashon hara (denotes all deliberate or malicious accusations, or even the exposure of truthful Information which has the purpose of injuring one's neighbor)
- ignoring the commandments of "honor your parents" & "not bear false witness"

- not letting her to meet her granddaughter
- not calling her at least once a week and sharing a meal with her
- not apologizing to her for disinviting her to my wedding
- not calling her when Doctor's call me and tell me she may not survive the night
- using your mother as a prop for your political gain and putting words in her mouth "I am so proud of my son he always does the right thing"
- from attempting to take guardianship of her while she is compos mentis
- fixating on her sex life and telling falsehoods re what you think she is doing
- making unfounded allegations to NYS Dept. of Health(NYSDH)
- making unfounded allegations to Adult Protective Service (APS)
- using APS NYSDH NYPD to psychologically abuse my mother by lying
- committing perjury to District Attorney's Office
- being angry about your mother's Parkinson's Syndrome
- not offering reimbursement for legal fees,and pain and suffering that have arisen
- accusing my mother of "abuse suffered while under her supervision"
- not doing everything in my power to become a mensch
- having her caregiver arrested leaving her stranded helpless on the street
- using my  hatred and ignorance of my mother's caregiver as an excuse for my unconscionable treatment and neglect.
- failing to recognize the good qualities of her caregiver

The difference in our request to refrain is I have not done any of the things you asked me to refrain from doing whereas you have done all the above and more.

A little contrition will go a long way. Who knows you may even become enlightened.

March 28,2019

The arrest...........vexations,brought about in bad faith..........

DISMISSED .......TOTAL EXONERATION......

The issues had not been fairly and fully litigated.

NO CRIME HAD BEEN COMMITTED AND NO LAWS WERE BROKEN.

Nolle Prosequi would have been far better than delayed dismissal.

The facts with the applications of law open the pathway to seek judicial redress or relief...I'm sure there is a better way to settle this. Here is the rub you have  a) be  willing, b) acknowledge the need to improve what is going on c) just be a mensch and that will take care of d thru z. We are all  entitled to our opinions and I'm sure you have "alternate facts" . Here is the way I see the

FACTS:

Each and EVERY allegation to Adult Protective Services were determined to be  unfounded , false reports and an attempt to use the agency "as retaliation and for her son to psychologically abuse his mother"(the words of APS)

The 911 call was filing a false police report.....no violence no EBT no need of police involvement.

By affixing your signature to the  Affidavit in Support of the Criminal Charges you committed perjury.

Your lying to the police necessitated the outlay of lots of money for legal fees and your lying on the shabbat last year  to cause the second arrest left your mother stressed out  on the street and added thousands of dollars in additional legal fees.

It was clearly abuse of power of your status as an  elected official  that the arrest happened in the first place. MALFEASANCE.

Your behavior toward your mother is unconscionable.

Just requesting me to cease and desist from communicating with you while there are still so many unresolved issues is not going to happen ,however if you would rather just have my lawyer call your lawyer that is a choice you will have to decide. Just know this,restitution and contrition is required to have your wish for non communication to occur. Reproachmont and normalization is more likely without a clusterfuck court intervention.

 Gmail

June Kallos <drjkallos@gmail.com>

**PBS**

1 message

June Kallos <drjkallos@gmail.com>
To: June Kallos <drjkallos@gmail.com>

Sun, Mar 11, 2018 at 6:10 PM

--

June Kallos <drjkallos@gmail.com>
to me

5:10 PM (6 minutes ago)

June Kallos
to me

Mar 4 (7 days ago)

Your fear has given birth to the illusion that you NEED an Order of Protection to keep you safe.There are no external circumstances that are creating the fear. The origin of your fears hatred and aggression are in your mind. The only way to become fearless is to exam your mind to get to the origin of your fear. Ask yourself if your fear, hatred,and aggression are a benefit to you or others. Being hooked on these emotions gives will not bring happiness to yourself or others.

The dire circumstances of you filing criminal charges when no crime was committed will have dire consequences. If you find yourself unseated from the NYC Council,and disbarred don't blame me. Your aggression and perjury will do you in. When you take the advice that your course of conduct will hurt your political career you may decide to not force me to testify against you and expose your mistreatment and abandonment of me. So for you to withdraw your complaint for your own self interest is logical but it would be far better to understand the objective reality and be a mensch. Jesus Christ Benji you had my friend arrested commuting no crime! He just came to your office and did not embarrass you at the meeting and attempted to do it privately.......you running away from him was more like you running away from your self. Please do not run away from what scared the hell out of you to call the police.Face that fear that is in your mind and you will know that there is no Order Of Protection that will protect you from your self and the guilty feelings for the way you treat me. You are needed. Your child and mother both need help with just about everything. It takes a village. A better approach to relate to this situation is pitch in and help.

Take the wish to become more sane openhearted open minded and fearless.Learn to smile at fear.Work on yourself and cultivate your ability to love yourself and others. If you touch into the fear instead of running away from it you will find a tender heated.openness and a genuine ability to love yourself and others.

Make a commitment to open yourself up to being a benefit to others and dissolve your hatred. Fear can be the doorway that can go either way.........you can get harder and harder and close yourself off and separate you from others.

Dr June
420 East 72nd Street
Suite 5K
NY NY 10021

212.288.0526

Perhaps the best response to your formal request on December 28th 2018 would be not to respond at all or just simply say: IS THAT SO? Or as your mother said: "Let sleeping dogs lie" or follow Doug F. advise and  think of Benjamin as dead to you.

My  primary concern  is what is in the best interest of your mother and secondly what action is warranted in the best interest of everyone involved in this situation.

Your mother has advised me that  the  best predictor of behavior is past behaviour. With that in mind It is reasonable to expect  you to continue to ignore  and regard her as dead to you. I am sure you are aware not long ago ( 12/19/18) she was nearly dead to all of us when a code was called when her heart nearly stopped  and she was not breathing. It was lucky this event happened while she was in the hospital for an outpatient procedure. Your mother is still alive only because of her strong will to live and medical intervention.

It is hoped that this event will be a wake up call for you and an opportunity to become a mensch and start behaving like a good son.`

Being that less is more  perhaps this should have closed with "good son" in above sentence.

Not for nothing you have reached out to me requesting me to "refrain" from criminal  behaviours you have alleged that simply did not happen. In the interest of justice  a court of law has dismissed all charges    I was not guilty of any of the allegations you brought forth.You misused the power of your office to have me arrested when I had broke no laws.You lied to the police when you filed a false police report and when you affixed  your signature on your "Affidavit in Support" you committed perjury. This behaviour is the textbook definition of malfence of duty and certainly is actionable. I know it is not in your mother's best interest for me to divert my attention from her and our "having a ball"  to involve,ensraral and emboil  myself with the many lawyers who would like to help me recover the more  thirty thousand in legal fees and hundreds of thousands for pain and suffering along with any additional relief a court would deen just and proper.

I do not believe  it is in your mother's best interest (along with everyone's best interest) to see you lambasted in the media, kicked out of the NY City Council, lose your Endorsement from Cuomo (along with any chance to  continue a career in politics), being generally disgraced and disbarred. Your  lying and misuse of your power and your unconscionable treatment of your mother can undo your outward favorable circumstances in the blink of an eye. As you overheard in the a voice man inadvertently left on your phone (as printed in the Daily News in April 23 ) " I have got to the point where I don't want to be the one (indistinguishable)" should have read: causes him to lose face.

 I still do not want to see you lose face however you continue to act like a putz and need to become a mensch.

January 11,2019

Dear Benjamin

This memo is sent to you and your family to assure you that you have nothing to be afraid or "terrified" regarding David Elliott Tash to "harass,menace,or stalking" you or your family.As a matter of fact  Mr. Tash has no intention of contacting you and your family other than to respond to you if you chose to contact him.

That being said I am certain that you have or should have  realized that having David Elliott Tash arrested twice  was a mistake and one would hope if you had a do over you would deal with the situation differently.

Your mistake in your prevarications has damaged your reputation with the press coverage  that will  haunt you  online. Do not Blame your mother or Mr. Tash for these articles that came into existence solely from your actions.

Having Mr. Tash arrested you had to lie to the police,and mislead the District Attorney's Office to proceed with a malicious prosecution. These felonious charges necessitated Mr. Tash to retain VERY COSTLY legal representation.

The cost of the stress  upon your mother and the resulting damage to her health is incacuatable. Your unmench like behaviour by your neglect not inviting her to your wedding and having a child and not sharing the joy is unfathomable.

While Mr. Tash can but will not file a civil case to recover Legal Fees he chooses not to in order to facilitate some kind of rapprochement  and hopes some kind of normalization will occur.

Mr. Tash and your mother wish you well and success, happiness and an enlightened view  in all your endeavors.

 Gmail

June Kallos <drjkallos@gmail.com>

## This is for Joel Rudin
1 message

June Kallos <drjkallos@gmail.com>             Wed, Mar 14, 2018 at 5:35 AM
To: Robert Gottlieb <rgottlieb@gottliebjaney.com>
Bcc: June Kallos <drjkallos@gmail.com>, david tash <etgoodtogo@gmail.com>

The PDSD reared its ugly head once again at 3:45 am today March 14th 2018 as a was shaken from sleep with my recurring pain in my wrists,ankle insteps,and my mind .........reliving my visit to the tombs in my sleep is a frequent occurrence and the only way to get out of jail is to wake up........

Can we get a copy of any video tapes of the events in the tombs ? Can we discover if the complaining witness NYC Councilmen gave special instructions to the Police on how to treat me?

From November 2017:........every day that these charges are pending ( now six months and 14 days.....) are stressful!!!!
I wrote this letter to her son for emotional release and realize that with the Order of protection I can not send it and of course I would clean it up ...

Benj........

FYI.......'thought U should know.........

On August 31,2017 you sent me an invitation to attend 'First Fridays" at your office and you swore to the police and DA's office that you "instructed me to me stay away from all public meetings" conducted by you. Both you and I know that you have not uttered as much as one word to me in at least five years! You are misleading the DA with your unfounded allegations of 'INSTRUCTED ME"to stay away. Your other unfounded allegations to Adult Protective Services have been closed and the letters from them APS are attached hereto and made part hereof. The present case is further evidence of you misleading yet another government agency. Once again you are invading your mothers privacy and adding stress and you must know stress is a killer.......and the stress pistol is in your hand just stop pulling the trigger.

You said you became fearful for your safety upon seeing me at the meeting. I find that hard to believe that a 36 year old 6'4" man who is in goodshape could or would be scared of an overweight 5'10" man not in the best physical shape.

As your moms best friend and 24 7 caregiver it is my responsibility to protect her from all pathogens and toxins. Stress is highly toxic to her and is exacerbating her PD as well as adding new ones. st be made aware the stress you are creating in your moms life is extremely departmental to her health and toxic . That is putting mildly. Your are killing her!!!! She needs to be able to sleep and this clusterfuck headache you are causing is the last thing she needs. She is medically frail and needs love and healing. Please can you be there???

She will never recover from being shunned from her only sons wedding. You are a real hardhearted prick!

Complaining witness committed perjury,instigated a false arrest and a malicious prosecution.No one should get a free pass and especially a politician. The complaining witness should be So Ordered to pay the defendant's legal fees  as well as the  medical bills that have arisen  along with other damages and any other relief this court deems just and proper.

Respectfully submitted,

You have made it clear with your certified mail and process served letter that you hope not to hear from Tash ever again. A far better approach to achieve your wish is take responsibility for filing a false police report and instigating a malicious prosecution and reimburse Tash for the legal expenses and other damages you caused .



**June Kallos <drjkallos@gmail.com>**

---

# Dear Mommy XXXXXX

1 message

**June Kallos** <drjkallos@gmail.com>
To: david tash <etgoodtogo@gmail.com>, June Kallos <drjkallos@gmail.com>

Thu, Mar 29, 2018 at 9:45 AM

---

--

Adult Protective Service (APS) came to Junes' home on the most important Jewish holiday, Sabbat, and returned the following day,Palm Sunday, to investigate her son's ( Ben Kallos) 7th allegation including but not limited to :

1) not being taken to her doctors appointments
2) not being given her medications correctly
3) not being fed properly,
4) financial exploration,
5) being drugged with illicit drugs and sexual abuse.

It's not only demented for a son to fixate on his mothers sexual life it's just plain creepy.One can only question the veracity of these claims and how her son came to believe that the above mentioned are the facts of the matter. Without him having any contact with his mother has he has no way of discerning the validity of these serious allegation. It is not only egregious to present claims, such as he has lodged with no way to independently verify.it is clearly illegal. Reporting false charges to this investigative government agency is wasting tens of thousands of dollars as well as diverting the badly needed limited resources to protect the real victims of abuse. Being that the complaining witness is an elected official these complaints are the textbook definition of malfeasance. Misusing the power of his office to manipulate Adult Protective Service is solely motivated to harass and annoy his mother with a parade of investigators invading her home,peace of mind and her privacy. Ben told a mutual friend that he would stop making these complaints only if she did not insist on her day in court to adjudicate her son's bogus Criminal Complaint in this malicious prosecution.

The Criminal Complaint lodged on September 1st 2017 is going to trigger negative consequences and much suffering for all concerned parties. Filing a false police report and by affixing his signature to the Supporting Deposition he will be exposing himself to the possibility of getting himself indited for perjury. What will come out at trial the facts..... to quote the supervisor from Adult Protective Service "Your son is physiologically abusing you.". Ben claims to be a champion for seniors and people with disabilities it certainly is not demonstrated in his actions towards his mother who qualifies in both categories (She has hosted Parkinson disease for more than twenty five years and is chronologically seventy three.)

Learning she was a grandmother by reading it in her sons' newsletter is no stranger than her son dis-inviting her to his wedding ,and ignoring a doctors call to her son prior to her two am pending emergency surgery stating:

" If you want to see your mother alive you should visit now because not everybody survive this procedure"

Not only did he not visit he did not even pick up a phone to see how she was doing. June has been dead to Ben for the last seven years and has recently told her he never wants to speak to her again. June unconditionally loves her son and hopes he will repair this fractured relationship and is in disbelief that her son has not taken her to meet her granddaughter.

If her son continues making these reports out of genuine concern of his moms well being he would be better informed to visit or call occasionally. He should know that his mother is willing to let him live stream from nanny cams located through out her home to see exactly what is going on( How is that for transparency?) and in

return let her live stream her granddaughter in his home if he continues to not let them meet, at least let her see the movie.

The case supervisor closed the case on the spot with her finding all the allegation have no basis in fact ..... "unfounded " as has been the determination of the previous complaints beginning on or about 2011. The APS representative went on to tell June how lucky she is to have a caregiver that not only provides all her needs and also makes her happy. The case workers' mother has been in a nursing home and she knows that June is lucky not to be institutionalized. She went on to say that she would love to find someone like June's helper should the need arise.

It is certain that after her boy live streams a day in the life of his mother he will greatly appreciate the man he now hates and fears and not only offer to pay all legal fees that have resulted from these bogus charges he will offer a heart felt deep apology for stress and harm he has caused. There is no way to put a dollar amount on the role the stress in playing in to shorting June's life as well as exasperating all her Parkinson symptoms as well developing new ones

.Once he realizes there is no 'tiger under the bed' his fear , aggression,hatred,and anger can dissolve, This new mindset can enable the relationship with his mother to heal. Being a mensch will serve him better than the fear-based,aggressive behavior and allow him transform his hatred into loving kindness. Once he makes friends with himself he can dedicate his life to becoming fearless,awake,and a benefit all beings.

Once her boy understands that this is not about the caregiver being a " sinner or saint" but rather while his moms is of sound mind and not being unduly influenced (by the caregiver that Ben does not like very much) she has the right to chose whom she befriends. Just remember that what G-d has joined let no man put asunder. Only her boy and caregiver know that her boy has not uttered as much as one word to the caregiver in at least five years so how can his claim that he "instructed" the caregiver to "stay away" from all public events conducted by him be believed? It is a complete fabrication and is misleading the DA via the Supporting Deposition is only one of the many prevarication they can lead to a perjury conviction.

It is hoped the kid will realize sooner than latter it is NOT his mothers' doing that his carer in politics can soon be terminated. She does not want to see that happen and her boy should know he is committing POLITICAL SUICIDE with his misconduct. When your ally is untruth and especially so if you believe your own fabrication your hatred,aggression,anger and misconduct is what will DO YOU IN Her boy has the power to end the possibility of negative press and losing his licence to practice law by admitting that he made a mistake to have her caregiver arrested and charged with a crime . His mother is lucky to have found a person who genuinely cares ,trust and honors his mother makes her happy and enables her to remain in her home and the community. Can he actually believe his mother will be better off if he succeeds in incarcerating her caregiver and necessitating his mother be placed in a nursing home?

It is known that Ben would like to bee the first Jewist president of the United States.It is hoped that he will not develop tennis elbow from patting himself on the back because he have not committed the misdemeanor of violating Jewish dietary laws while turning a blind eye to committing the the felony of commandment # 5 .......honor your parents! It's not enough to have been birthed by a Yiddisha mama you have to be a mensch if you hope to succeed. It is hoped Ben will transform his hatred and fear into compassion and courage.Self absorption ,self destruction and aggression will not serve him well and lead to happiness but will cause suffering for himselff and others. He needs to replace his fear with courage and take a honest look at his mind and connect with his tender heart at the core of his being. If he has the courage face himself honestly he can unhook from his fixed ideas and ego clinging allowing his deep rooted fear to dissolve.One hopes Ben will muster up the courage to delve into his being with attentive awareness and honest introspection (growing up) and be brave, conquer his fear, and cut the root of fear, and act like a fully enlightened being...it is his birthright.( or fake it till you make it)

June deeply believes that the Order of Protection was obtained by her son by misleading the DA with alternate facts and can not be trusted to have an Order of Protection that he could easily allege has been violated. It is too late to nip this out the bud so it must be pulled out by the roots. A trial will be disastrous for all concerned (except for the attorneys).An accidental recording of the incident on September 1st proves beyond a reasonable doubt that no crime had been committed.

It is long overdue for Ben to forgive his mother for having Parsons;s and stop being ashamed of her . He must stop pushing her out of his life and embrace and love her and provide the joy that normally happens when one becomes a grandmother.It's not too late for Ben to start acting like a mensch and behaving like good son.

as a petal falling from a flower. Serene you enjoy life in blissful
tranquility."

https://archive.org/stream/ZenFleshZenBones/zen_djvu.txt

Attachments area

March 1, 2019

Benjamin J. Kallos

My intention in coming to First Friday on September 1st 2016 was to involve you in your
mother's health care because she feared for her life.You can not really believe my intention was
to harass,menes and stalk you?. Having me arrested was not the most skilful way to deal with
the information I was sharing with you.Your mother's fear proved to be well founded when she
was having the same procedure on December 19 2018 and a code was called when she
stopped breathing. The photo of your mom in the ER is what she looked like when she was
being revived. When Doug told us how that photo rattled your cage I was surprised and glad to
hear you are not necessarily a cold hearted psychopath with no feelings for your mom.

As you overheard in the voicemail on shabbat (second false arrest) "I do not want to be the
one who causes him to lose face" ( indistinguible in newspaper) and I still feel deeply that
exposing your unconscionable treatment of your mother and your violating the Commandment
to Honor your parents will neither be in your mother's best interest nor will it accrue to your
credit or help the situation. What will? What is it going to take for you be a loving son and a
mensch?

I know your mother and I would love to support you and be ecstatic to see you elected, however, you are suborning perjury by putting these words in her mouth:

"I AM SO PROUD OF MY SON, BEN.HE ALWAYS DOES THE RIGHT THING" &

 "I AM PROUD OF SON EVERY DAY........

I am hoping you will from this time ALL WAYS  do the right thing beginning with reviewing your own words and acknowledge you have done  some very wrong things  in the lies, inaccuracies, and breach of your mothers privacy by sending electronic details that was more information than most of June's family and friends  wanted to know.

Please carefully read the attached paying close attention to the highlighted, but first please read your mom's affidavit in order for you to learn that your attempting to have her institionalized would have been murder.

Are you aware of how much you hurt her feelings when you did not call or visit her (hardly at all) and especially when Douglas Field called you when June was in the ICU and suggested that if you want to talk to your mother again you'd better go for a visit" You were a no show as we all know.

You have failed to acknowledge how important it is for your moms well being and happiness for me to be in her life and how much energy you have saved by you doing nothing to provide any aid or help whatsoever.

When I discovered that my legal aid Attorney was under the jurisdictional supervision of Ben Kallos duties as a sitting City Councilman it seemed there was a conflict of interest and with the recommendation from Evan Rock, my Legal Aid attorney, that a private Attorney would be able to spend more time and do a better job. Also I requested my Legal aid attorney to challenge the TOP on grounds that due process was not being observed and I was entitled to a hearing to insure my due process right to determine if the TOP was appropriate in this case where the complaining witness was misleading the DA'S office and lying to the police to prosecute this case where no laws had been broken and no crime had been committed. My fear was he would lie a second time and allege that the TOP was violated.( and this he did do as we all know). My request to avoid this second arrest by a motion to vacate the TOP was not acted upon by legal aid so it became choiceless and it was clear that I needed to hire private council.Here is the rub.After I made a similar request to the attorney I did eventually hire he also refused to submit my motion or write a similar motion to challenge the TOP. I was greatly troubled by his refusal to at least attempt to protect my due process rights by at least submitting a motion to demand the hearing to challenge the Order and did nothing to protect me from what did eventually happen.I

One would be better off eating ham sandwiches on Yom Kippur than violate the Commandment to  Honor your Mother

Fact
one would be better off to eat the end product of their kosher diet  than not to make amends for violating the Commandment of   not     bearing false witness

Observing Jewish Dietary laws is compared to a misdemeanor whereas lying and being a putz to one's mother is a felony

It  is not too late to "get right with G-d"
Your action (karma) has inescapable consequences able benefit to have done such a heinous act.

If you want to continue to represent yourself as an advocate for Seniors and people with disabilities you can no longer refrain from Obeying the Commandment of Honoring your Parents

Do you honestly believe as you falsely put words in her mouth when you used her as a prop:

" I am so proud of my son…….He always does the right thing"

Whatever story you told yourself that your mother does not deserve your "honoring" her is in contradiction to the commandment to do so no matter what!

It's long overdue that you give up your Trumpion way and become a good son and be a mensch

If you find these reminders from HM to be criminal then you must understand you are an emotionally disturbed person ( EDP)

If you fear that word will get out of your unconscionable treatment of your mother then turn it around and make her proud and start doing the right thing…...Heshem and his commandments are not going away and you will not get a free pass……….

This communication (including any attachment(s)) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication to include any copy that may reside in your sent box. Thank you for your cooperation.

---------- Forwarded message ----------
From: david tash <etgoodtogo@gmail.com>
To: rgottlielieb@gottliebjaney.com
Cc:
Bcc:
Date: Tue, 6 Feb 2018 12:39:58 -0500
Subject: Please send to DA and have forward to Ben
Dear Benjamin

Congratulations on the birth of your child.

I think it is time to unhook from this insane situation,I hope you'll agree.
It is too bad you do not know who I am and what is at the core of me.From this
ignorance stems the problem.

First let me apologize for anything I may have done that made you so fearful
of me. I can assure you I am not someone you have to be afraid of..

Second you should know in your heart that I forgive you for your egregious
behavior towards me and hope you will become a better son (mensch) with
regards to the grandmother of your child who loves you unconditionally and
will always be there for you when you wake up.

Thirdly, You should know I have not taken your mother away from you she has
enough love in her heart for everyone.

Forth I thank G-D your mom has chosen me to be in her life I am among the
luckiest men on earth who have found someone they can trust,honor and
serve. ( and let me tell you this broad needs a lot of service)

Finally thank you for bringing this situation to such a painful point that has
brought me face to face with myself and help me deal with all my issues.

WIKIPEDIA

# *Lashon hara*

The Hebrew term **lashon hara** (or **loshon horo**) (Hebrew לשון הרע; "evil tongue") is the halakhic term for derogatory speech about another person.[4] *Lashon hara* differs from defamation in that its focus is on the use of true speech for a wrongful purpose, rather than falsehood and harm arising.



Speech is considered to be *lashon hara* (detraction) if it says something negative about a person or party, is not seriously intended to correct or improve a negative situation, and is true. Statements that fit this description are considered to be *lashon hara*, regardless of the method of communication that is used, whether it is through face-to-face conversation, a letter, telephone, or email, or even body language.

No lashon hara sign in the Mea Shearim quarter of Jerusalem

*Lashon hara* (lit. "evil tongue") is considered to be a very serious sin in the Jewish tradition. The communicator of Lashon Hara (and rechilut) violates the prohibition of "Lo telech rachil b'ameicha (Leviticus 19:16 (http://www.mechon-mamre.org/p/pt/pt0319.htm#16))."[5]

By contrast, *hotzaat shem ra* ("spreading a bad name"), also called *hotzaat diba*, or *motzi shem ra* (lit. "putting out a bad name") consists of untrue remarks, and is best translated as "slander" or "defamation" (calumny). *Hotzaat shem ra* is worse, and consequentially an even graver sin, than *lashon hara*.[4] And the act of gossiping is called *rechilut*, and is also forbidden by halakha.[4]

# Contents

**Etymology**

**Sources**

**Chafetz Chaim**

**Baalei Lashon Hara**

**Exceptions**

**See also**

**References**

**External links**

# Etymology

| HOME | IDEAS | PEOPLE | PLACES | THINGS | WORDS | DEEDS | TIMES | LIFE CYCLE | REFERENCE |

**Speech & Lashon Ha-Ra**

The Power of Speech
Tale-Bearing
When Tale-Bearing is Allowed
Wronging a Person through Speech
Links for Further Reading

The harm done by speech is even worse than the harm done by stealing or by cheating someone financially: money lost can be repaid, but the harm done by speech can never be repaired. For this reason, some sources indicate that there is no forgiveness for lashon ha-ra (disparaging speech). This is probably hyperbole, but it illustrates the seriousness of improper speech. A Chasidic tale vividly illustrates the danger of improper speech: A man went about the community telling malicious lies about the rabbi. Later, he realized the wrong he had done, and began to feel remorse. He went to the rabbi and begged his forgiveness, saying he would do anything he could to make amends. The rabbi told the man, "Take a feather pillow, cut it open, and scatter the feathers to the winds." The man thought this was a strange request, but it was a simple enough task, and he did it gladly. When he returned to tell the rabbi that he had done it, the rabbi said, "Now, go and gather the feathers. Because you can no more make amends for the damage your words have done than you can recollect the feathers."

Speech has been compared to an arrow: once the words are released, like an arrow, they cannot be recalled, the harm they do cannot be stopped, and the harm they do cannot always be predicted, for words like arrows often go astray.

## Tale-Bearing

HOME | IDEAS | PEOPLE | PLACES | THINGS | WORDS | DEEDS | TIMES | LIFE CYCLE | REFERENCE

**Speech & Lashon Ha-Ra**

The Power of Speech
Tale-Bearing
When Tale-Bearing is Allowed
Wronging a Person through Speech
Links for Further Reading

# Speech and Lashon Ha-Ra
# לָשׁוֹן הָרָע
*Level: Intermediate*

- Gossip and slander are serious sins in Judaism
- Judaism forbids causing any deception or embarrassment through speech
- It is forbidden even if the statement is true
- There are some exceptions that allow tale-bearing

When non-observant people talk about how difficult it is to observe Jewish law, they usually mention the difficulty of observing Shabbat or keeping kosher or other similarly detailed rituals. Yet the laws that are most difficult to keep, that are most commonly violated even by observant Jews, are the laws regarding improper speech. This is a very important area of Jewish law; entire books have been written on the subject.

## The Power of Speech

Judaism is intensely aware of the power of speech and of the harm that can be done through speech. The rabbis note that the universe itself was created through speech. Of the 43 sins enumerated in the Al Cheit confession recited on Yom Kippur, 11 are sins committed through speech. The Talmud tells that the tongue is an



## MALFEASANCE OF DUTY
### ABUSE OF POWER

Filing false police report, colluding with the District Attorney's Office in a malicious prosecution, and false reports to Adult Protective Services (APS) have wasted thousands of taxpayers dollars to further BEN KALLOS personal vendetta with his Mother's caregiver and his mother......................

 Gmail

June Kallos <drjkallos@gmail.com>

## COMPLAINT TO ETHICS COMMITTEE Alan N. Maisel

8 messages

**June Kallos** <drjkallos@gmail.com>        Tue, Jan 2, 2018 at 3:51 PM
To: correspondence@counsilnyc.gov, "Ben Kallos, Council Member" <BKallos@benkallos.com>
Bcc: June Kallos <drjkallos@gmail.com>, david tash <etgoodtogo@gmail.com>, rgottlieb@gottliebjaney.com, Lisa Barrow <gardens333@optonline.net>, Sascha <growgrpt@gmail.com>, Sherryleeslb <Sherryleeslb@aol.com>

The purpose of this malfeasance complaint against my son, Councilman Ben Kallos is to stop him from making unfounded complaints to various city and state agencies. How does he know whether or not I have a sex life. How has he discerned what my health care needs are and whether they are being met? He has no basis ,since he has not visited my home in more than five year. I don't believe he makes up these stories out of any concern for my well being, since If he were concerned about how I was doing he would simply call or visit me.As a result of his unfounded allegations there is an unending parade of APS workers,police and healthcare providers showing up unannounced in my home.My son has deep-rooted psychological problems. I state this not only as his mother but as a mental health professional having earned my Ph.D. from Columbia in 1985.

The most recent complaint on December 29,2017 was with SWH, and reiterated the previously allegation which had already been judged unfounded. On December 11, clearly in retaliation for an article that ran in the NY Daily News on that date he made a report to the NYSDOH. There is a recording which proves beyond a reasonable doubt that no crime was committed.( available on line). Mr. Tash's main reason for going to see my son was to inform him of my scheduled surgery that afternoon.My need to have my only son bedside in recovery is due to my previous experiences. (I always have difficulty coming out anesthesia.)

Seven unfounded complaints to APS (Adult Protective Services) (from 2011 through last week)show a clear pattern. It distresses me that Benjamine is so obsessed with my sex life. It just is not normal that he is in his mid thirties, married and yet focusing on my sexuallity.

Having Mr. Tash arrested when merely asking my son to be at my side certainly breaks no laws and and is uncontactable.The only law broken was when my son misled the police and swore under penalty of perjury to the District Attorney that "he instructed " Mr. Tash to stay away. I am am certain that my son has not uttered so much as one single word to Mr. Tash in at least five years.My son certainly did not tell Mr. Tash to "stay away"in fact, Mr. Tash received a personal invitation on August 31st to attend a meeting in Ben's office the next day, September 1st.

In interviewing more than 5 attorneys the one fact they all agreed upon is no arrest would have occurred if my son were not an elected official.His misuse of power is the textbook definition of malfeasance.This complaint is on my behalf and should not be interpreted as "third party intervention" on Mr. Tash's behalf. I do this for my own protection, safety and well-being. If my son is successful in his effort to incarcerate Mr. Tash I will be forced into a nursing home. Mr. Tash not only assists me with all the activities of daily living, he has been trained in necessary medical procedures which normally require the presence of, at minimum, an RN.

In conclusion I would appreciate your assistance in stopping my son and your colleague from adding stress to my life by registering false allegations.

Thanking you in advance for your action in this matter,

Sincerely,

April 1,2019

Standards and Ethics Committee of The New York City Council

1)      Please take notice of my complaint to the Ethics and Standards Committee  that has been willfully ignored and no action was taken.( attached hereto and made part hereof as A)

2)      Please take further notice your inaction   resulted in the predictable action of Council Member Ben Kallos to file another false police report and resulted in a second arrest based solely upon the perjury my son's unfounded allegation where he knew or should have known that no violation of the Temporary Order of Protection .

3)      Please take further notice the District Attorney's Office dropped the charge of this second arrest after the truth of the events were learned and all the charges set forth in the original complaint were dismissed and the case sealed.

4)      Please take notice that the only reason the Criminal Complaint and the Malicious Prosecution was allowed to proceed resulted from misuse of the power of Ben's  office and malfeasance of duty.

5)      Please take further notice that my son,Ben's lying to the police and District Attorney's Office has resulted in my caregiver's loss of freedom being in police custody for 9 days and for the second arrest additional legal fees of several thousand dollars.

6)      Please take further notice that Ben has filled nearly a dozen unfounded complaints to Adult Protective Services whereas they concluded : "her son is using the agency for retaliation and is psychologically abusing his mother"   and all his claims were false. These complaints wasted a great deal of time and cost the city several thousands of dollars squandering the agencies  limited resources.

7)      Please take further notice of my letter dated March 18,2018  to the Ethics Committee requesting the date of any planned hearings so that I could attend and provide the reports from Adult Protective Service to give evidence that all his complaints were unfounded and his attempt to use the agency to harass and psychological abuse me.  (attached hereto as B )

8)      Please take further notice of my email dated  November 28,2018 again asking for help.(attached hereto as C )


## RELIEF  SOUGHT

Now that my several written request and  phone calls he been ignored I believe action from your Committee  is  long  overdue.  Ben  should  be  ordered  to  reimburse  Adult  Protective Services,NYPD, and the NY District Attorney's Office. Ben should be further ordered to cease and desist from further abuse with the power of his office directed at me and my caregivers. I also believe the negligence  of this committee renders  the committee liable for the  additional legal fees for the second arrest that most likely would have never occurred had the committee commenced the proper course   of conduct and provided the help I so desperately sought. I much prefer this action be settled out of court so please contact me for a settlement conference.

10

# NewYork-Presbyterian

**ACCOUNT BALANCE**

## STATEMENT OF SERVICES

| | |
|---|---|
| PATIENT NAME | DAVID TASH |
| PLACE OF SERVICE | NEWYORK-PRESBYTERIAN HOSPITAL |
| SERVICE FROM/THROUGH | 09/01/17 - 09/06/17 |
| PRIMARY INSURANCE | GHI - PPO |
| SECONDARY INSURANCE | |

## ACCOUNT SUMMARY

| | |
|---|---|
| TOTAL CHARGES | $77,989.73 |
| INSURANCE PAYMENT/ADJUSTMENT | -$77,739.73 |
| PAYMENTS SINCE LAST STATEMENT | $0.00 |
| ACCOUNT BALANCE | $250.00 |

| SERVICES DESCRIPTION | CHARGES | PAYMENTS & ADJ. | ACCOUNT BALANCE |
|---|---|---|---|
| **Hospital** | | | |
| ROOM & BOARD | $42,500.00 | | |
| CARDIOLOGY SERVICES | $5,095.00 | | |
| EMERGENCY SERVICES | $2,378.00 | | |
| LABORATORY SERVICES | $5,765.24 | | |
| OPERATING ROOM | $11,855.00 | | |
| PHARMACY | $358.94 | | |
| RADIOLOGY SERVICES | $1,645.55 | | |
| RESPIRATORY SERVICES | $7,860.00 | | |
| SUPPLIES/IMPLANTS | $532.00 | | |
| BENEFIT INSURANCE | | -$77,739.73 | |

To pay your bill by phone, please call 866-252-0101 at any time. For questions, please call 866-252-0101 Monday - Thursday: 8:00 AM - 9:00 PM, Friday: 9:00 AM - 2:00PM. PLEASE USE REFERENCE # 31709022962.

---

## IF WE DO NOT HAVE YOUR INFORMATION, OR IF ANY OF THE FOLLOWING HAS CHANGED SINCE YOUR LAST STATEMENT, PLEASE INDICATE...

### PATIENT INFORMATION

Your Name (Last, First, Middle Initial)                      Date of Birth

Address

City                     State                     Zip

Telephone
(        )

Social Security #

Employer's Name                          Telephone
(        )

Employer's Address

City                     State                     Zip

Please Indicate if Applicable:          Date of Injury
☐ AUTO ACCIDENT
☐ WORKER'S COMPENSATION

### INSURANCE INFORMATION

Your **PRIMARY** Insurance Company's Name

Primary Insurance Company's Address

City                     State                     Zip

Policyholder Name               Date of Birth          Sex

Policyholder's ID Number                    Group Plan Number

Your **SECONDARY** Insurance Company's Name

Secondary Insurance Company's Address

City                     State                     Zip

Policyholder Name               Date of Birth          Sex

Policyholder's ID Number                    Group Plan Number

 Gmail

June Kallos <drjkallos@gmail.com>

## Tash-trial fees

1 message

**Robert Gottlieb** <rgottlieb@gottliebjaney.com>
To: June Kallos <drjkallos@gmail.com>

Mon, Feb 5, 2018 at 11:01 AM

June and Elliot:

I understand the parameters of any disposition of the criminal case. I have left a voicemail on the ADA's line and informed me that I want to know whether we are able to resolve this case along the lines in your email and that I want to know that sooner rather than later.

As for a trial fee, I can agree to two alternative fee arrangements. We can work off an hourly fee that would require a $50,000 initial retainer. We track the firm's time expended on the trial including the work preparing for the trial and time spent after and before court that is spent preparing during the trial. The benefit of this is that the initial payment is lower than the second alternative which is a flat fee for the trial. The downside of the hourly retainer agreement is that the total fee will most likely exceed $100,000. If you want the flat fee retainer agreement, the fee would be $100,000 flat fee and that is paid prior to the commencement of the trial. Happy to discuss this further with you.

Bob

Robert C. Gottlieb

Gottlieb & Janey, LLP

Trinity Building

111 Broadway, Suite 701

t. 212.566.7766 | f. 212.374.1506

rgottlieb@gottliebjaney.com

www.gottliebjaney.com

This communication (including any attachment(s)) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication to include any copy that may reside in your sent box. Thank you for your cooperation.