(c) Pension, annuity, or life insurance payments ☐ Yes ☒ No
(d) Disability or worker's compensation payments ☐ Yes ☒ No
(e) Gifts or inheritances ☐ Yes ☒ No
(f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.) ☒ Yes ☐ No
(g) Any other sources ☐ Yes ☒ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

SS $1,0??.00   Food Stamps 189.00/Mo

If you answered "No" to all of the questions above, explain how you are paying your expenses:


4. How much money do you have in cash or in a checking, savings, or inmate account?

less than $100.00

5. Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value:

2001 Dodge van — worthless stock in Coop

6. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense:

Maintance to Coop #2260.00

7. List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18):

/

8. Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable:


Declaration: I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

_____   _____
Dated                      Signature

Kallos, June E.
Name (Last, First, MI)        Prison Identification # (if incarcerated)

420 E. 72nd St   NYC     NY    10021
Address          City    State  Zip Code

917 815 7065              DrJKallos@gmail.com
Telephone Number          E-mail Address (if available)

IFP Application, page 2

Case 1:19-CV-07724-CM

USDC
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-4-19

June Kullos Rm 1415
THE RIVERSIDE
PREMIER REHAB & HEALING CENTER
150 Riverside Drive • New York, NY 10024

SDNY PRO SE
2019 SEP -4  PM 3:50
S.D. OF N.Y.

USDC SDNY Pro Se Intake Unit
40 Foley Square, Rm 105
NY NY 10007