UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. JUNE E. KALLOS; DAVID E. TASH,

             Plaintiffs,

       -against-

BENJAMIN J. KALLOS,

             Defendant.

19-CV-7724 (CM)

ORDER GRANTING IFP APPLICATION

COLLEEN McMAHON, Chief United States District Judge:

    Leave to proceed in this Court without prepayment of fees is authorized. *See* 28 U.S.C. § 1915.

SO ORDERED.

Dated:  November 6, 2019
           New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge