UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. JUNE E. KALLOS; DAVID ELLIOT TASH,

    Plaintiffs,

-against-

BENJAMIN JULES KALLOS,

    Defendant.

19-CV-7724 (CM)

CIVIL JUDGMENT

Pursuant to the order issued November 25, 2019, dismissing the amended complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the amended complaint is dismissed under Rule 12(h)(3) of the Federal Rules of Civil Procedure.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   November 25, 2019
         New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge